

**FIRST AMERICAN PAYMENT SYSTEMS**

May 29, 2015



David R. Charles, Sr.
President
Cash Depot Ltd./SRL2, Inc./1st ISO Processing
1740 Cofrin Drive, Suite 2
Green Bay, WI 54302

RE: Notice of Cancellation of Processing under ATM Agreement dated March 1, 2003, Amended August 1, 2007 and January 1, 2011

Dear Mr. Charles:

Please accept this letter as notice of termination as required under paragraph 17. Termination, of the above referenced Agreement. We would also like to terminate processing on the AFFN and NYCE ATM Networks effective immediately. In addition, we no longer need access to the website we have been charged $100 a month for even though our Agreement clearly states the website access is free.

Sincerely,

First American Payment Systems, LP

Debra A. Bradford
President & CFO



*100 Throckmorton Street, Suite 1800 · Fort Worth, Texas 76102 · (800) 701-2831*