# CONCORD PROCESSING AGREEMENT

This Concord Processing Agreement ("Agreement") is dated *March 1* _____, 20*03* by and between CONCORD PROCESSING, LP with offices located at 2201 Civic Circle, Amarillo, Texas 79109 ("CPLP", "we" or "us") and FIRST AMERICAN PAYMENT SYSTEMS with offices located at 201 MAIN STREET, SUITE 1000, FORT WORTH, TEXAS 76102 ("User" or "you").

### Background

CPLP provides Electronic Fund Transfer processing for automated teller machine, point of banking and point of sale Terminals and accessed by using certain plastic cards with magnetically encoded stripes issued by financial institutions to their account holders allowing such account holders to perform certain banking, financial and purchase Transactions. Additionally, CPLP offers services for the authorization of Transactions and provides Gateway services to various EFT Networks, as well as certain other EFT services ("CPLP Processing Services"). User desires to purchase and use CPLP Processing Services.

NOW, THEREFORE, in consideration of the mutual premises herein contained, CPLP and User agree to be legally bound by the terms of this Agreement as hereinafter set forth.

1. **DEFINED TERMS.**

All capitalized terms used in this Agreement and not otherwise defined herein shall have the meanings set forth in Exhibit A attached hereto and made a part hereof.

2. **CPLP PROCESSING SERVICES.**

You hereby agree to use CPLP as the processor of Transactions conducted by your Cardholders and/or at your Terminals. You understand and agree that CPLP may provide the services hereunder through any of its affiliates. While you are a User of CPLP Processing Services under this Agreement, you elect to interface with CPLP in one of the following modes:

_____ Full Service
_____ Authorization Processor
_____ Cooperative Authorization Processor
_____ Intercept Processor
__✓__ Independent Sales Organization (ISO)

You understand and agree that the mode you elect now for your Interface to CPLP will govern you for the duration of this Agreement. You may elect to use any or all of the following CPLP Processing Services set forth below; however, you agree that during the term of this Agreement we shall be the exclusive provider to you of any of the services described below which you elect:

(i) <u>CPLP Authorization Services</u>. In accordance with your Cardholder information you will supply to us, we will authorize or decline Transaction requests received from any Terminals at which your Cardholders have access or any Networks in which you participate by our comparison to your Cardholder information which can consist of any of the following: (a) real time account records, (b) daily account balances or (c) parameter instructions.

(ii) <u>CPLP Terminal Driving Services</u>. We will establish a direct electronic connection between the ATM and/or POB Terminals you operate and our switch in order to operate, supervise and monitor such Terminals for you.

(iii) <u>Gateway Services</u>. We will provide electronic connections from the switch to other Network switches and other card issuers which will permit you to acquire ATM, POB and/or POS Transactions of other Networks' and/or issuers' Cardholders at Terminals we operate for you and to facilitate Transactions by your Cardholders, if any, at the ATM, POS or POB Terminals of other Networks. You may choose among the Gateway services we inform you we are able to provide. If you elect to purchase any of our Gateway services from us you will appropriately complete and execute applications, membership agreements, sponsorship agreements or other documents as may be necessary to offer such Gateway services as may be required by us or the relevant regional or national ATM Network or card issuer, and shall provide to us evidence of your authority to participate in such Networks or with such card issuers, as we may require from time to time.

(iv) <u>Additional Services</u>. We also offer an array of additional CPLP Processing Services from which you may select to complement your Electronic Fund Transfer products. These Processing Services include telephone banking, bill payment, self service banking and Cardholder service charge products. You shall indicate your selection of additional CPLP Processing Services on the Specification Forms you complete, and execute an addendum to this Agreement for each such service you desire. From time to time we

**EXHIBIT**

**A**

tabbies®

may introduce new Processing Services which you may select by executing a further addendum to this Agreement.

3.    SUPPORT AND TERMINAL LOCATION

(a)    Support Equipment and Terminals. You agree to purchase or lease and install such ATM and POB Terminals as you desire to operate and you agree to obtain and maintain in good working order at your expense the data processing and communications equipment which is necessary and appropriate to facilitate the provision of CPLP Processing Services. You shall independently determine the locations of the Terminals you choose to operate in accordance with the rules of the Networks you join and subject to any necessary regulatory approvals.

(b)    Location of Terminals.

(1)    United States and its Territories. You agree that subject to Section 3b. (2) of this Agreement, the CPLP Processing Services to be provided under this Agreement shall only occur at Terminals located in the United States of America or its territories.

(2)    Outside of the United States or its Territories. If you desire to receive CPLP Processing Services at any Terminal located outside of the United States of America, you agree to first provide CPLP with a written schedule of any country or countries in which you intend to receive CPLP Processing Services. You may not obtain CPLP Processing Services for Terminals located outside of the United States of America and its territories without CPLP's prior written approval. If CPLP agrees to provide such services to you, that approval will be, subject to the following conditions and other conditions to which the parties agree at the time:

(i)    We can terminate the provision of CPLP Processing Services in any country at any time and without being deemed to be in breach of the CPLP Processing Agreement if we, in our sole discretion, determine that continued provision of service to Terminals located in such country could adversely impact CPLP. If we terminate the provision of CPLP Processing Services in a particular country, we will provide you with sixty (60) days' prior notice of such termination, unless exigent circumstances exist.

(ii)    If any provision of the Agreement is declared or found to be illegal, unenforceable or void under the laws of any country ("Voided Provision"), for purposes of the laws of the specific country in which the provision is void, the Agreement will be construed as if not containing the Voided Provision, and the rest of the Agreement will remain in full force and effect, and the rights and obligations of the parties hereto shall be construed and enforced accordingly under the laws of that country; provided, however, that the parties consent to the enforcement of the entire Agreement, including the Voided Provision, under the laws of the State of Delaware.

(iii)    The parties hereto affirmatively consent that interpretation, construction and performance of this Agreement, including the provision of CPLP Processing Services in any country outside of the United States of America or its territories, shall be governed by and construed and enforced in accordance with the laws of the State of Delaware without regard to the principle of conflicts of laws. The parties also consent to the jurisdiction and venue in the Delaware courts with respect to the enforcement of any matter under this Agreement, regardless as to the location of any Terminal receiving CPLP Processing Services.

(iv)    You have obtained all necessary authorizations required under the laws, regulations and code provisions of each country in which you seek to receive CPLP Processing Services.

(v)    You are not aware of any provision of the law, regulation or code under the laws of each country in which you seek to receive CPLP Processing Services that would prevent (a) the provision of the CPLP Processing Services to you or (b) the enforcement of this Agreement in accordance with its terms. During the term of this Agreement, the parties also agree to promptly notify each other of the enactment or promulgation of any provision of the law, regulation or code under the laws of each country in which you seek to receive CPLP Processing Services that would prevent (a) the provision of the CPLP Processing Services or (b) the enforcement of this Agreement in accordance with its terms.

4.    USER SPECIFICATIONS.

We will perform our processing in accordance with your instructions and information provided to us on our Specification Forms and the rules of the Networks you join.

5.    FEES.

(a)    Schedule of Fees. You agree to pay our fees and charges set forth on the Schedule of Fees attached hereto as Exhibit B and Exhibit C for our CPLP

Processing Services. Further, you agree to pay all third party charges (including, but not limited to, our charges related to telecommunications services and transportation expenses) incurred in connection with our provision of CPLP Processing Services. You agree that if we add new CPLP Processing Services or Transaction types during the term of this Agreement we may amend the Schedule of Fees to add charges for such new services or Transaction types at any time. Any service performed by us at your request or as necessitated by your act or failure to act which is beyond the scope of the CPLP Processing Services you select on the Specification Forms shall be billed to you at our standard rates then in effect including charges for personnel and computer time, equipment, supplies, out-of-pocket costs and other expenses which you agree to pay us. Commencing upon execution of this Agreement, all applicable fees and charges shall be payable upon invoice to you. We will submit monthly statements for the fees, charges, supplies and other costs payable by you pursuant to this Agreement. Payment will be made in accordance with Section 6 hereof. The Schedule of Fees may be modified by CPLP once each calendar year upon one hundred twenty (120) days prior written notice, provided that any interchange, issuer reimbursement, pass-through or third party fees may be modified from time to time as set forth in prior written notice from CPLP.

(b) Taxes. In addition to the applicable standard fees and charges for CPLP Processing Services and any other service we perform for you, you agree to pay all federal, state and local taxes assessed as well as all other expenses, fees and charges imposed by a governmental entity arising out of or incidental to your use of CPLP Processing Services other than those taxes, expenses, fees or charges which are based on the net income or property of CPLP.

6. CLEARING ACCOUNT.

For payment of the fees, charges, expenses and taxes, if any, due and owing to CPLP under this Agreement, you will establish and maintain for the term of this Agreement a clearing account at a financial institution designated or approved by us. If you have executed a STAR Member Institution Agreement or a MAC Network Participation Agreement and already have established a clearing account pursuant thereto, then for purposes of this Agreement you hereby grant CPLP authorization to effect credits to and debits from such clearing account for payment of the fees, charges, expenses and taxes due and owing to CPLP under this Agreement. You agree to execute any documentation required by us or by the designated settlement bank to grant authority to us to debit or credit such account. You agree to maintain at all times in the clearing account a balance sufficient to pay all amounts due and owing to CPLP under this Agreement.

7. CONFIDENTIALITY OF INFORMATION.

You acknowledge that we have, through the expenditure of a significant amount of time, effort, costs and research, developed and/or secured the right to use various computer programs, forms, logos, manuals, and related materials, including our operating procedures and technical specifications, which constitute property of great value and/or trade secrets, and that disclosure to others of such materials may result in loss or irreparable damage to us. Accordingly, you in your use of our CPLP Processing Services agree to hold and use any and all such property or information in confidence, and not to disclose, reveal, copy, sell, transfer, sub-license, assign or distribute any part or parts of it, in any form, to any individual, firm, corporation, or other entity, or permit any of your employees, agents or representatives to do so, except as expressly permitted in writing by us. You further agree that upon termination of your use of CPLP Processing Services for any reason, you will immediately return all such property to us.

We acknowledge that, in your use of our CPLP Processing Services, you may disclose to us certain confidential information relating to your Cardholders (if applicable). Accordingly, we agree to hold and use any and all such Cardholder information in confidence, and not to disclose, reveal, copy, sell, transfer, assign or distribute any part or parts of it, in any form, to any person or entity, or permit any of our employees, agents, or representatives to do so, except as expressly permitted in writing by you or as required by applicable law.

8. MALFUNCTIONS.

Each party shall notify the other party immediately upon discovery of any evidence which might indicate that any of the CPLP Processing Services are not satisfactory. Upon such notification, both parties shall consult and test in a manner that CPLP deems appropriate to solve the problem. If we determine that the problem arises from hardware, software, personnel or other items within our control, we shall correct within a reasonable time not to exceed thirty (30) days from the date on which any such errors are brought to our attention. If we determine that the problem arises from the equipment, software, personnel procedures, communication or site facilities or other items within your control, you at your own cost shall correct the problem within a reasonable time not to exceed thirty (30) days from the date on which any such errors are brought to your attention.

9. FORCE MAJEURE.

Neither CPLP nor User shall be liable for any loss resulting from a delay or failure in its provision of CPLP Processing Services or in the operation of a Terminal due in whole or in part to any natural disaster, epidemic, fire, act of God, strike, war, riot, civil disturbance, court order, statute, governmental issuance, technological facility outage, shortage of or significant fluctuation in power or any other cause beyond its reasonable control.

10. LIMITATION OF LIABILITY

(a) Disclaimer of Certain Damages. The duties and responsibilities of CPLP under this Agreement will be limited to those expressly set forth and undertaken herein. In no event shall CPLP be liable to User for (i) any loss of use, revenue, profit or business opportunities or indirect, incidental, consequential, punitive, special or exemplary damages, even if CPLP is informed or is otherwise aware or should be aware, of the possibility or likelihood of such damages and regardless of whether any limited remedy provided hereunder is determined to fail in its essential purpose, (ii) losses or damages attributable to or arising from overhead allocations or general and administrative costs and expenses of User, (iii) losses or damages caused other than by CPLP's own gross negligence or intentional misconduct, or (iv) losses or damages arising out of the fraudulent or criminal acts of third parties.

(b) Damages Cap. Notwithstanding any provision contained in this Agreement to the contrary, the aggregate liability of CPLP during each consecutive twelve (12) month period beginning on the Effective Date for any and all claims, demands, costs, losses, damages or other potential or actual expenses which are in any way related, directly or indirectly, to the execution, performance or subject matter of this Agreement shall not exceed the average monthly amount of fees paid by User to CPLP during such period, exclusive of interchange and pass-through fees, multiplied by three (3), regardless of the form of action employed, whether in contract, warranty, tort (including negligence) or otherwise.

(c) Risk Allocation. The parties agree that the limitation of liability set forth in this Section 10 is a reasonable allocation of risk and that such limitation shall apply to any remedy ordered by a court, regardless of whether such court determines that any remedy provided for hereunder fails in its essential purpose.

11. NO WARRANTIES.

CPLP HEREBY DISCLAIMS ALL WARRANTIES INCLUDING, WITHOUT LIMITATION, ANY EXPRESS AND IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

12. INDEPENDENT ENTITY.

We agree to provide CPLP Processing Services to you as an independent contractor only. None of CPLP's officers, employees, agents or representatives will be subject to your control.

13. INSURANCE.

You agree to obtain all insurance coverage which is required by state and federal law and regulation and dictated by prudent business practices in connection with your use of CPLP Processing Services.

14. RIGHT OF INSPECTION OF RECORDS.

Upon reasonable notice to us and during normal business hours your representatives, auditors, and/or representatives of your regulatory agencies may inspect any file which we maintain regarding the provision of CPLP Processing Services to you.

15. ASSIGNMENT AND MERGER.

This Agreement may not be assigned by you without our prior written consent. If you are the subject of or a participant in a merger or acquisition by (i) statute, (ii) purchase of assets, (iii) sale or exchange of stock, (iv) consolidation or (v) any other means, such merger or acquisition shall not terminate this Agreement; rather, this Agreement shall remain in full force and effect after such merger or acquisition as the obligation of the surviving financial institution.

16. EFFECTIVE DATE AND TERM.

This Agreement shall be effective as of the date indicated in the introductory paragraph hereof provided that it is fully executed by us in original form and the payments required hereunder have been delivered to us. The initial term of the Agreement shall be sixty-six (66) months from the date our services commence under this Agreement and, thereafter, for successive one (1) year renewal terms unless terminated in accordance with paragraph 17 herein.

17. **TERMINATION.**

This Agreement may be terminated in its entirety by either party at the end of the initial term or any subsequent term upon one hundred eighty (180) days' prior written notice to the other party. In the event you breach this Agreement causing an early termination or terminate this Agreement prior to the expiration of its term, you agree to pay an early termination fee in an amount equal to the product of your average monthly fees times the number of months left in your current term.

18. **AMENDMENTS.**

This Agreement may be amended only by a writing duly executed by both parties.

19. **ENTIRE AGREEMENT.**

This Agreement, including all schedules, addenda and exhibits hereto, constitutes the entire understanding between the parties as to CPLP Processing Services and supersedes all previous communications, commitments and writings.

20. **SEVERABILITY.**

If any provision of this Agreement is held invalid, illegal, void or unenforceable by reason of any judicial decision, all other provisions of this Agreement shall nevertheless remain in full force and effect.

21. **WAIVERS.**

No course of dealing or failure to enforce any provision or exercise any right under this Agreement by either party shall be construed as a waiver of such provision or right, affect the validity of this Agreement or curtail the ability of any party to enforce such provision or exercise such right in the future.

22. **NOTICES.**

All notices by one party to the other under this Agreement shall be in writing and shall be considered delivered when actually received or three (3) days after placement in the U.S. Postal Service, whichever is sooner. Notice shall be sent to each party at the addresses set forth in the first paragraph of this Agreement. Either party may change the address for notices at any time by providing written notice of such change to the other party.

23. **HEADINGS.**

The titles and headings which precede the text of this Agreement have been inserted solely for convenience of reference and contain no substantive meaning.

24. **APPLICABLE LAW.**

This Agreement shall be governed by, and construed in accordance with, the laws of the State of Delaware, regardless of the laws that might otherwise govern under applicable principles of conflicts of laws thereof.

In Witness Whereof, the parties hereto have executed this Agreement by their duly authorized representatives on the date first written above.

CONCORD PROCESSING, LP

By: _E.?.Hal_____

E.T. Haslam

Name and Title (Printed)    CFO

FIRST AMERICAN PAYMENT SYSTEMS

By: _____

Neil L. Randel, President + CEO

Name and Title (Printed)

8297

User Identification Number

# EXHIBIT A

## DEFINED TERMS
## CONCORD PROCESSING AGREEMENT

"Automated Teller Machine" or "ATM"- An electronic device activated by a Cardholder which permits such Cardholder to access his or her account(s) for the purpose of conducting banking Transactions. An ATM includes a full function as well as a cash dispensing only machine.

"Business Day" - That part of any day, Monday through Friday, on which substantially all business functions are conducted and which is not a legal holiday.

"Cardholder" - A customer of a card issuer who has been issued a card which activates a Terminal and permits such customer to access his or her account(s) for the purpose of conducting Transactions.

"Gateway" - A technical interface between a computer processing switch and a Network switch, a card issuing body or a provider of EFT or EBT services for the purpose of conducting Transactions.

"Electronic Benefits Transfer" or "EBT" - The provision of government entitlement programs to those individuals who are entitled to receive such entitlements or benefits through the use of magnetically striped or other cards capable of storing information regarding the Cardholder and capable of accessing ATM, POB and POS Terminals to receive distribution of such entitlements or benefits.

"Electronic Fund Transfer" or "EFT" - A transfer of funds that is initiated through a Terminal, telephone, computer or magnetic tape and results in a debit or credit to an account.

"Interface" - The combination of the computer programs and communications links by which a Network switch can receive messages directly from and send messages directly to parties which have an agreement to use such Network's services.

"Network" - An organization of computer hardware, software, communications facilities, Terminals, documentation and service marks designed to support the interchange of Transactions among financial institutions and others.

"Point of Banking" or "POB" - The utilization of EFT access cards for banking Transactions at clerk operated Terminals in merchant locations.

"Point of Sale" or "POS" - The utilization of EFT access cards for Transactions at retail locations.

"Processing Services" - The authorization of Transactions; the operation, control, supervision and monitoring of Terminals deployed by a participant; and/ or the provision of electronic connections from CPLP to STAR/MAC or another Network switch or card issuer to others.

"Specification Form" - A form provided by CPLP on which a User documents its instructions and selections of the options offered by CPLP in its Processing Services.

"STAR" – The mark and logo which designates the electronic funds transfer system owned and operated by CPLP's affiliate Star Networks, Inc.

"Terminal" - An electronic communications device through which a Transaction is initiated.

"Transaction" - An EFT request made at a Terminal by a Cardholder to his or her card issuer to debit or credit funds from his or her account(s) which is approved by such card issuer.

"User" - A financial institution or other entity which has entered into an agreement with CPLP to use CPLP Processing Services.

\*        \*        \*

User agrees to pay CPLP:

**Processing Fees**

1.  A telecommunications charge per Transaction or status message from
    the ATM. Status messages include, but are not limited to, messages
    regarding card reader failures, dispenser failures, receipt printer
    failures, communication failures and "I'm Alive" messages.
    Telecommunication fees are based upon the deployment of dial-up
    ATM devices and software configurations that would not cause an
    average Transaction duration to exceed connection time of 18
    seconds. If average connection exceeds 18 seconds, User will incur
    an additional telecommunications assessment at the rate of $.002 per
    second over the first 18 seconds. (Fill-A-Tier)

| Transaction Volume | Fee (Cents) |
|---|---|
| 1 – 250,000 | $.035 |
| 250,001 – 500,000 | $.0325 |
| 500,001 – 1,500,000 | $.03 |
| 1,500,001 + | $.0275 |

2.  A telecommunications charge of $3.00 for each downline load
    of ATM screens, messages and instructions to a dial-up ATM.
3.  A delete fee of $25** per ATM de-installed.
    **De-install fee will only be assessed if terminal on-line less than
    twelve (12) months.
4.  An adjustment fee of $6.50 per Regulation E adjustment.
5.  Surcharge and Interchange Distribution (Third Party):

| | |
|---|---|
| Distribution Account Setup (One Time) | $15.00 |
| Settlement Item Per Credit | $1.00 |
| Settlement Item Per Debit | $1.00 |

**ATOM (Automated Terminal On-Line Manager) Fees****

    **\*\*$250 per month for unlimited access**

**EXHIBIT C**
**CONCORD PROCESSING**
**SCHEDULE OF FEES**
**CLIENT-REQUESTED SUPPORT SERVICES**

<u>Fees for client-requested services.</u>

♦ A fee of $250 per hour per person for CPLP support for standard testing and certification of client requested changes. The fee applies, but is not limited, to message format changes, processor/software conversions, deconversions, transmissions and other client-requested changes or additions.

♦ An additional fee of $250 per hour per person for support of client-requested special development efforts requiring software changes, special reports and other client specific changes.

♦ A fee of $250 per hour per person for CPLP support of client requested testing of disaster recovery capabilities. These services include, but are not limited, to processing, transmissions, creating reports and transmitting files. The fee will be doubled for weekend support.

♦ A fee of $1,000 for the support of a host software conversion initiated by the client or their processor. The fee is inclusive of all work required to support the conversion except for certification times that will be billed separately at the rates stated above.

♦ A setup fee of $500 to add a unique identifier (pseudo ID) to the switch to designate a group of terminals or participant IDs for settlement, billing or other purposes.

♦ A fee of $100 per month per pseudo ID for settlement and reporting support.

♦ A $500 per report or file for the retransmission of a report or file more than 10 days old.

<u>Fees for client-requested cancellation of support activities.</u>

♦ A cancellation fee of $200 per day times (10 days less the number of days cancellation notice) for a client requested cancellation of any project where work has already been done and the notice of cancellation is received less than 10 business days prior to the scheduled implementation date. This fee is in addition to any fees for work completed by CPLP up to such cancellation date.

| Notice (days) | Fee |
| --- | --- |
| 0 | $2,000 |
| 1 | 1,800 |
| 2 | 1,600 |
| 3 | 1,400 |
| 4 | 1,200 |
| 5 | 1,000 |
| 6 | 800 |
| 7 | 600 |
| 8 | 400 |
| 9 | 200 |

<u>Fees for client-requested database changes.</u>

♦ A fee of $1,000 for support of client-requested message format change. The fee is inclusive of all work required to support the change except the testing, certification and development
time that will be billed separately as stated above.

# CONCORD PROCESSING AGREEMENT

## ADDENDUM
## FOR
## SCHEDULE OF USER'S SELECTION
## OF
## ADDITIONAL PROCESSING SERVICES

This Addendum is dated _March 1_, 20_03_ by and between CONCORD PROCESSING, LP with offices located at 2201 Civic Circle, Amarillo, Texas 79109 ("CPLP", "we" or "us") and FIRST AMERICAN PAYMENT SYSTEMS with offices located at 201 MAIN STREET, SUITE 1000, FORT WORTH, TEXAS 76102 ("User" or "you") and shall supplement, amend and become part of the Concord Processing Agreement dated _March 1_, 20_03_ between CPLP and User ("CPLP Processing Agreement").

### Background

In connection with the CPLP Processing Services set forth in the CPLP Processing Agreement, CPLP offers other services which facilitate the processing of Transactions ("Additional Processing Services"). At the time of execution of the CPLP Processing Agreement or at any later time, User may select Additional Processing Services. User's most recent selection of Additional Processing Services is itemized herein. Any previous selections by User of Additional Processing Services are reflected on earlier addenda. The features of and charges for the Additional Processing Services that User selects on this addenda are set forth in separate Addenda to the CPLP Processing Agreement which are attached hereto and incorporated herein by reference.

NOW, THEREFORE, in consideration of the mutual premises herein contained, CPLP and User agree to be legally bound by the terms of this Addendum as hereinafter set forth.

1. DEFINED TERMS. All capitalized terms used in this Addendum and not otherwise defined herein shall have the meanings set forth in the CPLP Processing Agreement or Exhibit A thereto.

2. USER'S SELECTION OF ADDITIONAL PROCESSING SERVICES. From the list below, User selects those Additional Processing Services by which it places its **initials**.

| | |
|---|---|
| _____ | Advanced ATM Functionality |
| _____ | Cardholder Service Charging Service |
| _____ | Card Production Service |
| ✓ _NR_ | Dial-Up ATM |
| ✓ _NR_ | EBT Processing Service |
| _____ | Electronic Banking Service |
| ✓ _NR_ | Gateway Service |
| ✓ _NR_ | Gateway Sponsorship |
| _____ | Telephone Banking Card Service |
| _____ | MasterCard Debit Card/Visa Check Card |
| _____ | Signature Debit Fraud Risk Identification Service |
| _____ | On-Line Services |
| _____ | Self Service Banking |
| ✓ _NR_ | Other Special Terms |

3. CONFIRMATION OF CPLP PROCESSING AGREEMENT. Except as otherwise amended hereby, the CPLP Processing Agreement is hereby ratified in all respects and shall remain in full force and effect.

4. <u>AGREEMENT TO SEPARATE ADDENDA</u>. The execution by CPLP and User of this Addendum for Schedule of User's Selection of Additional Processing Services shall evidence the parties' agreement to the terms, conditions and pricing set forth in the separate Addenda for each of the Additional Processing Services that User selects hereinabove.

5. <u>NEWLY SELECTED ADDITIONAL PROCESSING SERVICES</u>. This Addendum reflects User's newly selected Additional Processing Services and shall supplement any earlier addenda executed for such purpose.

In Witness Whereof, the parties hereto have executed this Addendum by their duly authorized representatives on the date first written above.

CONCORD PROCESSING, LP

By: _____

_____
Name and Title (Printed)

FIRST AMERICAN PAYMENT SYSTEMS

By: _____

Neil L. Randel, President & CEO
Name and Title (Printed)

8297
User Identification Number

# CONCORD PROCESSING AGREEMENT
## ADDENDUM
## FOR
## ADDITIONAL PROCESSING SERVICES
## GATEWAY SERVICE

This Addendum is dated _March 1_, 20_03_ by and between CONCORD PROCESSING, LP with offices located at 2201 Civic Circle, Amarillo, Texas 79109 ("CPLP", "we" or "us") and FIRST AMERICAN PAYMENT SYSTEMS with offices located at 201 MAIN STREET, SUITE 1000, FORT WORTH, TEXAS 76102 ("User" or "you") and shall supplement, amend and become part of the Concord Processing Agreement dated _March 1_, 20_03_ between CPLP and User ("CPLP Processing Agreement").

### Background

In addition to the CPLP Processing Services set forth in the CPLP Processing Agreement, CPLP offers other services which facilitate the processing of Transactions ("Additional Processing Services"). User elects the Additional Processing Services described herein.

NOW, THEREFORE, in consideration of the mutual premises herein contained, CPLP and User agree to be legally bound by the terms of this Addendum as hereinafter set forth.

## 1. DEFINED TERMS

All capitalized terms used in this Addendum and not otherwise defined herein shall have the meanings set forth in the CPLP Processing Agreement or Exhibit A thereto.

## 2. GATEWAY SERVICE

You hereby request and we hereby agree to provide you with our Gateway service which will afford extended EFT access to your Cardholders (if any) and the Cardholders of other Networks and/or card issuing organizations you designate by your **initials** below:

- ✓ Cirrus/ MasterCard ___ Cards ✓ ATMs
- ✓ PLUS/ VISA ___ Cards ✓ ATMs
- ✓ American Express Card
- ✓ Discover Card
- ___ NYCE

- ___ Maestro U.S.A. Inc.
- ___ Interlink
- ✓ Other (Specify) _Star_
- ✓ Other (Specify) _Quest_

You must establish and maintain appropriate (i) status as an active member of or participant in and/or (ii) arrangements to acquire Transactions of each of the other Networks and/or card issuing organizations you designate for our Gateway service. You represent and warrant to us that at all times during which this Addendum is operative you will be an active member of or participant in and/or hold an arrangement to acquire Transactions of each Network and/or card issuing organization you designate for our Gateway service. Through our Gateway service, we will receive (i) Transaction requests of your Cardholders made at Terminals of other Networks for your authorization and/or (ii) Transaction requests by Cardholders of other Networks and/or card issuing organizations made at your Terminals for authorization by such other Networks or card issuing organizations.

## 3. OTHER USER RESPONSIBILITIES

You are responsible to comply in all respects with the rules, regulations and standards of the other Networks to which we provide our Gateway service for you. You will be solely responsible for all other Networks' membership and other fees, fines, assessments, inquiries, adjustments, records, reconcilements, accountings and every other category of fees presently existing and hereafter imposed in connection with the Transaction requests for which we provide our Gateway service to you.

## 4. FEES

For the Additional Processing Services described in this Addendum, you agree to pay CPLP the applicable fees in accordance with the schedule of fees set forth on Exhibit GS-1 hereto.

## 5. EFFECTIVE DATE AND TERM

This Addendum shall be effective when fully executed by us in original form and the required payments hereunder have been delivered to us. This Addendum shall be for a term coterminous with the remaining initial term or current renewal term of the CPLP Processing Agreement and shall, thereafter, be renewed automatically for successive one (1) year terms unless terminated in accordance with paragraph 17 of the CPLP Processing Agreement.

This Addendum shall terminate immediately upon expiration or earlier termination of the CPLP Processing Agreement.

## 6. AMENDMENT OF CPLP PROCESSING AGREEMENT

Except as otherwise amended hereby, the CPLP Processing Agreement is hereby ratified in all respects and shall remain in full force and effect.

## 7. AGREEMENT TO ADDENDUM

User has agreed to the terms of this Addendum by at the time of its execution of the CPLP Processing Agreement or at any later time by execution of an Addendum for Schedule of User's Selection of Additional Processing Services to supplement the CPLP Processing Agreement. The signatures of CPLP and User set forth in the CPLP Processing Agreement and the above referenced Addendum shall serve as evidence of the parties' agreement to this Addendum.

## EXHIBIT GS-1
## SCHEDULE OF FEES
## FOR ADDITIONAL PROCESSING SERVICES
## GATEWAY SERVICE

The fees payable by User for Gateway Service shall be as follows:

### Processing Fees

1. A per transaction processing fee** including withdrawals, transfers, balance inquiries, declines, reversals and terminal balancing. (Fill-A-Tier)

| Transaction Volume | Fee (Cents) |
|---|---|
| 1 – 250,000 | $.035 |
| 250,001 – 500,000 | $.0325 |
| 500,001 – 1,500,000 | $.03 |
| 1,500,001 + | $.0275 |

**A Minimum Monthly Billing fee of $5 per Terminal

2. Network sponsorship fees for national networks (Cirrus/MasterCard, Plus/Visa, American Express and Discover) are included in the transaction processing fee. The sponsorship fees for regional networks will depend upon sponsoring bank and network desired.

3. Regional Network Gateway Fees(Pass-Through) All applicable regional network transaction fees including but not limited to: ATM fees, fines and assessments, POS fees, adjustment fees and interchange fees/payments will be passed through as incurred by CPLP.

4. National Network Gateway Fees(Pass-Through) All applicable national network transaction fees including but not limited to: ATM fees, fines and assessments, POS fees, adjustment fees and interchange fees/payments per the interchange table will be passed through as incurred by CPLP.

### Interchange Table
*(For information purposes only)*

| | American Express | Discover | Plus/ Visa* | Cirrus/ MC* |
|---|---|---|---|---|
| **Withdrawal** | .65 | .65 | .50 | .50 |
| **Deposit** | NA | NA | NA | NA |
| **Transfer** | NA | NA | .25 | .25 |
| **Inquiry** | .25 | .25 | .25 | .25 |
| **Other** | NA | NA | NA | NA |
| **Denial** | .25 | .25 | .25 | .25 |

* Represents domestic (USA) interchange rates only.
  POS Reimbursement:  Per the Network

# CONCORD PROCESSING AGREEMENT

## ADDENDUM
## FOR
## ADDITIONAL PROCESSING SERVICES
## EBT PROCESSING SERVICES
### (RADs)

This ADDENDUM FOR EBT PROCESSING SERVICES ("EBT ADDENDUM") is entered by and between CONCORD PROCESSING, LP ("CPLP"), a Delaware corporation, and FIRST AMERICAN PAYMENT SYSTEMS, a _____ ("Institution"), as of *March 1*, 20*03*

1.     GENERAL. CPLP and Institution have entered into an agreement for processing services dated as of *March 1, 2003* (the "Agreement"). This EBT ADDENDUM is intended by the parties to amend and supplement the Agreement as set forth below, and shall for all purposes be considered part of such Agreement. Except as modified by this EBT ADDENDUM, the Agreement shall continue in full force and effect in accordance with its terms and shall be applicable to the services provided pursuant to this EBT ADDENDUM.

2.     DEFINED TERMS. All capitalized terms used in this EBT ADDENDUM and not otherwise defined herein shall have the meanings set forth in the Agreement, including Exhibit A thereto.

3. CHOICE OF EBT PROGRAMS.  Institution will participate in and CPLP will provide access to the programs for electronic, debit card-based distribution of government benefits designated by mutual agreement in Schedule EBT-1 ("EBT Programs"), as such Schedule may be amended from time to time by mutual agreement of the parties. Institution agrees that CPLP shall be the exclusive provider to Institution of gateway access for electronic benefits transfer programs to the extent that CPLP provides access to such programs. Each EBT Program shall be treated as a "Network" for purposes of the Agreement.

4.     INSTITUTION     REPRESENTATIONS AND WARRANTIES. Institution hereby represents and warrants that it is qualified to participate in each EBT Program it has selected in accordance with all applicable laws, regulations, rules, and administrative guidelines related to such EBT Program, including without limitation any applicable laws, regulations, rules, and administrative guidelines pertaining to

delivery of services to EBT recipients and recipient confidentiality, the QUEST® Operating Rules for EBT Programs participating in QUEST, the federal Civil Rights Act of 1964, Rehabilitation Act of 1973, Americans with Disabilities Act of 1990, Clean Air Act, Clean Water Act, Energy Policy and Conservation Act, Immigration Reform and Control Act of 1986, and, to the extent food stamp transactions are processed hereunder, regulations issued by the Department of Agriculture pertaining to the Food Stamp Program. Institution represents and warrants that it has obtained any and all consents, approvals, certifications or other evidence of authority, and has properly executed and delivered any and all applications, agreements or other documents necessary to participate, and to allow CPLP to process and settle transactions on its behalf, in each such EBT Program.   Institution shall cooperate with CPLP in obtaining any further consents, approvals, certifications or other evidence of authority, and executing and delivering any further applications, agreements or other documents that may be required from time to time in connection with Institution's participation in each EBT Program and CPLP's provision of services hereunder.   If a financial institution or other sponsor is required for Institution to participate in an EBT Program, Institution shall provide to CPLP a duly executed certification of each such sponsor in a form provided by CPLP.

5.     INSTITUTION OBLIGATIONS.

a.   At all times during the term, including any renewal thereof, of this EBT ADDENDUM, Institution shall remain a participant in good standing in each EBT Program selected hereunder.

b.   The fees set forth in the Agreement, including in the schedules, exhibits and addenda thereto shall apply to electronic benefit transfer transactions to the same extent as on-line debit transactions, provided however, that CPLP may modify or add fees and charges for the support of services for an EBT Program that imposes additional costs on CPLP.

c. Institution will comply with all applicable laws, regulations, rules, or administrative guidelines related to its participation in each EBT Program and acceptance of EBT cards, including any Network rules or restrictions implemented by Institution's sponsor into any EBT Program. Institution shall not resubmit any EBT Transaction except as specifically permitted by the rules applicable to such EBT Program. Institution will not take any action that would cause CPLP to be in violation of any law, regulation, rule or administrative guideline applicable to an EBT Program, including any Network rules.

d. With respect to each EBT Program in which Institution participates, Institution shall comply with any obligations or duties imposed on participants in such EBT Program under any agreement ("Master Agreement") between CPLP and the administrator of the EBT Program ("EBT Provider") pursuant to which CPLP is authorized to process Transactions for the EBT Program, and the EBT Provider shall have the right to directly enforce the terms and conditions of the Master Agreement against Institution in the event that Institution breaches its obligations hereunder. CPLP will provide Institution with a copy of any Master Agreement which imposes obligations or duties on participants or with other reasonable notice of such obligations and duties. Institution shall not take any action that would cause CPLP to be in violation of any Master Agreement, including any performance standards thereunder.

e. Institution agrees that CPLP may release information regarding Institution's use of the EBT Program upon request by any Federal or State agency, and that Institution shall not have a claim or cause of action for such release of information.

f. Institution shall maintain records of EBT Transactions as required by applicable laws, regulations, rules, or administrative guidelines related to its participation in each EBT Program, including any Network rules.

g. Institution shall not use or disclose any information concerning a Recipient for any purpose not directly connected with the performance of Institution's duties under an EBT Program.

h. Institution shall not discriminate in the provision or denial of any EBT Transaction on the basis of a Recipient's disability or handicap (if any), age, race, color, religion, sex, sexual preference, political belief, national origin creed, marital status or veteran's status.

i. Institution shall provide to CPLP and any EBT Provider any information reasonably required by CPLP or the EBT Provider to assist CPLP or the EBT Provider in ensuring the integrity, security and successful performance of the EBT Network, including without limitation advance notice of the location and ownership of each ATM to participate in any EBT Program.

6. INDEMNIFICATION. In addition to any indemnification obligations of Institution set forth in the Agreement, Institution shall indemnify and hold harmless CPLP, and its directors, officers, employees, agents and affiliates from and against any and all claims or losses arising out of (i) any breach of this EBT Addendum by Institution and (ii) any negligent or fraudulent act or omission or intentional misconduct of Institution.

7. CPLP REPRESENTATIONS AND WARRANTIES. CPLP hereby represents and warrants that it is a qualified processor in each EBT Program identified in Schedule EBT-1 and that it has obtained any and all authorizations, certifications or other evidence of authority, and has properly executed and delivered any and all applications, agreements or other documents necessary to participate in each such EBT Program.

8. CPLP OBLIGATIONS.

a. CPLP shall provide the CPLP Processing Services with respect to EBT Programs identified on Schedule EBT-1 in accordance with the terms of this EBT ADDENDUM, the Agreement and applicable laws, regulations, rules and administrative guidelines applicable to each selected EBT Program, including any Network rules.

b. CPLP shall have the authority, without any liability, to terminate or suspend the provision of services hereunder with respect to each and every EBT Program, at the direction of any federal, state or other authority with responsibility for oversight or implementation of such EBT Program, including any EBT Provider, upon CPLP's determination to terminate support for such EBT Program for all customers, or upon Institution's loss of eligibility or authority to participate in such EBT Program. If CPLP is directed to terminate or suspend the provision of services hereunder with respect to an EBT Program, CPLP may also terminate or suspend provision of services hereunder for any other EBT Program without liability.

9. **LIMITATION OF LIABILITY.** In addition to the limitation of liability set forth in the Agreement, Institution agrees and acknowledges that CPLP shall have no liability to Institution arising out of any act or omission by an EBT Provider, including without limitation, an EBT Provider's rejection, chargeback or other failure to fully process in the ordinary course and without penalty any adjustment based upon a restriction on EBT Provider's ability to process such adjustment to the account of a recipient of government benefits, regardless of whether the error being adjusted or corrected was caused in whole or in part by CPLP.

10. **TERM AND TERMINATION.** This EBT ADDENDUM shall be effective as of the date first written above and shall continue in full force and effect until the expiration or termination of the Agreement in accordance with its terms. This EBT Addendum may also be terminated by either party in the event the other party has materially breached this EBT Addendum and has not cured such breach within thirty (30) days of written notice of such breach from the non-breaching party; provided however, that CPLP may terminate this EBT Addendum within such thirty (30) day period if CPLP believes that such breach may cause a penalty, fine or other sanction to be imposed on CPLP or will otherwise adversely affect CPLP's ability to provide processing services in any EBT Program.

11. **EFUNDS EBT PROGRAMS.** Institution agrees that if it participates in an EBT Program for which eFunds ("eFunds") is the EBT Provider, and such EBT Program does not operate under the Quest Operating Rules, eFunds shall have no liability to Institution arising out of e-Fund's management of the EBT Program or processing of Transactions except for Institution's direct damages caused by fraud or intentional misconduct committed by eFund's employees. In no event shall eFund be liable to Institution for indirect, incidental or consequential damages. Institution agrees and acknowledges that eFund is a third party beneficiary of this EBT ADDENDUM for purposes of this limitation of liability.

IN WITNESS WHEREOF, the parties hereto have executed this EBT ADDENDUM by their duly authorized representatives as of the date first written above.

CONCORD PROCESSING, LP

By: _E. T. Haslam_

Name and Title (Printed)  E.T. Haslam  CFO

FIRST AMERICAN PAYMENT SYSTEMS

By: _____

Neil L. Randel, President + CEO
Name and Title (Printed)

Rev. 10/9/98

# SCHEDULE EBT-1
## EBT PROGRAMS

| STATE | PROGRAM SPECIFICATION |
|---|---|
| Alabama | Citibank/Quest |
| Alaska | " |
| Arizona | " |
| Arkansas | " |
| Colorado | " |
| Connecticut | " |
| Florida | " |
| Georgia | " |
| Hawaii | " |
| Idaho | " |
| Indiana | " |
| Kentucky (Federal Benefits Only) | " |
| Maine (Future) | " |
| Maryland | " |
| Massachusetts | " |
| Michigan | " |
| Missouri | " |
| New Hampshire | " |
| New York | " |
| North Carolina (Federal Benefits Only) | " |
| Pennsylvania | " |
| Rhode Island | " |
| Tennessee | " |
| Vermont | " |
| Washington | " |
| | |
| Washington, DC | Lockheed Martin |
| | |
| Kansas | eFunds |
| Louisiana | " |
| Utah | " |

## RAD/ISO EBT SPONSOR CERTIFICATION

The undersigned "Sponsor" hereby represents, warrants and certifies that, on the basis of certain representations, warranties or covenants by Sponsor to the respective entities operating each of the following programs for the electronic distribution of government benefits (each, an "EBT Program"), Institution has received all necessary authorizations, consents and approvals and has made all necessary filings and submissions to participate in each such EBT Program. Sponsor acknowledges that CPLP is relying upon the foregoing in providing processing services to Institution with respect to such EBT Programs.

<u>State</u>                      <u>Program</u>

_____        _____

_____        _____

Sponsor and Institution agree to provide CPLP with at least thirty (30) days written notice prior to any termination or modification of Sponsor's agreement with Institution, or with any of the respective entities operating the foregoing EBT Programs, that would adversely affect Institution's right, power or authority to fully participate in any such EBT Program. If Sponsor enters into any arrangement that would limit the authority of Institution to charge card holders a fee for use of Institution's terminals, Sponsor shall provide CPLP written notice thereof on or before the execution of this RAD/ISO EBT SPONSOR CERTIFICATION or thereafter at least sixty (60) days prior to the effectiveness of such limitation.

**ACKNOWLEDGED AND AGREED:**

**SPONSOR**                             **INSTITUTION**

**Concord EFS National Bank**        **First American Payment Systems**

**BY:** _E.T. Haslam_                 **BY:** _(signature)_

**PRINT:** _E.T. Haslam_
          _CFO_                      **PRINT:** _Neil L. Randel_

**TITLE:** _____          **TITLE:** _President & CEO_

# CONCORD PROCESSING AGREEMENT

## ADDENDUM FOR
## GATEWAY/STATE SPONSORSHIP

This Addendum ("Sponsorship Addendum") is dated as of *March 1*, 2003, by and among FIRST AMERICAN PAYMENT SYSTEMS ("User"), Concord EFS National Bank, a national banking association ("Bank") and CONCORD PROCESSING, LP ("CPLP") and shall supplement, amend and become part of the Concord Processing Agreement dated *March 1*, 2003 between User and CPLP (together with all exhibits, addenda and schedules thereto, the ("Agreement").

### Background

CPLP provides processing services for User's ATMs and Gateway access to certain Networks pursuant to the Agreement. In order to enable User's ATMs to participate in such Networks and to enable User to establish ATMs in certain states, User seeks the services of a sponsor. Bank is willing to provide sponsorship services with respect to the Networks and states selected on Schedule A hereto (the "Selected Networks" and "Selected States," respectively) in accordance with the terms and conditions of this Addendum, and CPLP is willing to accept Bank as a sponsor.

NOW, THEREFORE, in consideration of the promises set forth herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

### 1. DEFINED TERMS

Except as otherwise expressly indicated herein, all capitalized terms used in this Addendum and not otherwise defined herein shall have the meanings set forth in the CPLP Processing Agreement or Exhibit A thereto. For purposes of this Addendum, the term "Network" shall include programs for electronic, debit card-based distribution of government benefits in addition to Networks as defined in Exhibit A to the CPLP Processing Agreement.

### 2. USER REPRESENTATIONS AND WARRANTIES

User represents and warrants to Bank and CPLP that:

(a)     The Agreement and this Addendum are valid, binding and enforceable against User in accordance with their terms.

(b)     User is duly organized, validly existing, and in good standing under the laws of the state of its organization and authorized to do business in each state in which the nature of User's activities make such authorization necessary or required.

(c)     User has the full power and authority to execute and deliver the Agreement and this Addendum and perform all of its obligations hereunder.

(d)     The execution, delivery and performance of the Agreement and this Addendum by User are not in conflict with User's articles of incorporation and by-laws or other chartering documents, or any agreement, contract, lease or obligation to which User is a party or by which it is bound.

(e)     Neither User, nor any principal of User, nor any company owned or controlled by, or under common control with, User or any principal of User is or has been the subject of any of the following:

(i)      Criminal conviction (except minor traffic offenses and other petty offenses);

(ii)     Bankruptcy filing or petition;

(iii)    Federal or state tax lien;

(iv)    Administrative or enforcement proceeding commenced by any state or federal regulatory agency, including any banking

or securities agency, or entity operating an EBT Network;

(v)    Restraining order, decree, injunction, or judgment in any proceeding or lawsuit alleging fraud or deceptive practice on the part of User or any principal thereof; or

(vi)    Any action of any Network to prohibit or terminate User's direct or indirect activities with respect to such Network.

For purposes of this Addendum the word "principal" shall include any person directly or indirectly owning ten percent (10%) or more of User, any officer or director of User, any person actively participating in the control of User's business, and any spouse of any of the foregoing.

(f)    There is not now pending or threatened against User, any litigation or proceeding, judicial, tax or administrative, the outcome of which might adversely affect the continuing operations of the User. Attached as part of Schedule B is a list and brief description of all pending lawsuits to which User is a party.

(g)    User's financial statements, subject to any limitations stated therein, which have been or which hereafter shall be furnished to Bank or CPLP to induce them to enter into this Addendum do or will, respectively, fairly represent the financial condition of User, and all other information, reports and other papers furnished to Bank or CPLP will be, at the time the same are furnished, accurate and complete in all material respects.

## 3.    BANK REPRESENTATIONS AND WARRANTIES

Bank represents and warrants to User that, as of the date of this Addendum, Bank is a member or participant in good standing with respect to each Selected Network, with full right, power and authority to act as sponsor for otherwise eligible ATM owners in such Selected Networks.

## 4.    COVENANTS OF USER

(a)    User will execute and deliver any application, participation or membership agreement or other document necessary to enable Bank to act as sponsor for User in each Selected Network and Selected State.

(b)    User will comply with all federal, state and local laws, rules, regulations and ordinances ("Applicable Laws"), including those specifically identified in Schedule A with respect to any Selected State, and with all by-laws, regulations, rules and operating guidelines of the Selected Network ("Network Rules") related to User's ownership, control or operation of the ATMs serviced by CPLP pursuant to the Agreement (the "Covered ATMs") and shall obtain all consents, approvals, authorizations or orders of any governmental agency or body required for the execution, delivery and performance of the Agreement and this Addendum.

(c)    User will provide prompt written notice to Bank of:

(i)    any material adverse change in the assets, operations or condition, financial or otherwise, of User;

(ii)    the threat or filing of any litigation against User;

(iii)    any investigation of User or any principal of User by any federal, state or local governmental agency;

(iv)    any disciplinary action taken by any Network against User or any principal of User; or

(v)    the occurrence of any other item set forth at Subsection 2(e).

(d) As soon as possible and in any event within sixty (60) days after the end of each quarter, commencing with the calendar quarter in which the date of this Addendum falls, User will provide Bank with a copy of the User's balance sheet as of the end of such period and related profit, loss and surplus statements.

(e)    User agrees that this Addendum applies only to the Covered ATMs and that Bank shall be the exclusive sponsor of such Covered ATMs

for the purposes of any Network to which CPLP provides Gateway services, other than Networks to which Bank does not have the right or authority to provide sponsorship services.

(f) Except as required to comply with Applicable Laws related to sponsorship of ATMs in any Selected State, User shall not in any way indicate that Bank or CPLP endorse User's activities, products or services. The parties hereto are and shall remain independent contractors, and neither they, nor their respective individual employees shall have or hold themselves out as having, any power to bind the other to any third party. Nothing contained in this Addendum shall be construed to create or constitute a partnership, joint venture, employer-employee or agency relationship among the parties.

(g) If Bank is to act as sponsor with respect to Covered ATMs in any Selected State, User shall

(i) provide Bank advance written notice of the proposed locations of each Covered ATM in any such Selected State, including the identity of operators of the premises where such Covered ATMs are located, and of any other information related to such Covered ATM or location as Bank shall reasonably require;

(ii) provide Bank advance written notice of any Applicable Laws related to the establishment and operation of ATMs at each such location, other than federal laws and regulations;

(iii) assist Bank in preparing any and all filings or applications required by Applicable Law with respect to the establishment and operation of ATMs in each Selected State;

(iv) immediately notify Bank of any communication, whether oral or written (including electronic communication), from any representative of federal, state, or local government related to any Covered ATM; and

(v) engage in no act or omission related to any Covered ATM which would cause Bank to be in violation of any Applicable Law.

5. SECURITY DEPOSIT

Within three (3) business days of notice from CPLP, User shall establish and maintain with Bank a segregated, restricted interest-bearing deposit account as to which User shall not have withdrawal privileges, dominion or control (the "Cash Collateral Account"), and deposit into such Cash Collateral Account collected funds in such amount requested by Bank in its sole discretion, but not in excess of one (1) days settlement or $10,000, whichever is greater. User hereby pledges and grants to Bank and CPLP a security interest in the Cash Collateral Account and all money in the Cash Collateral Account and proceeds thereof as security for prompt payment in full of all User's obligations under the Agreement and this Addendum, including its obligations to any Network for fees, fines or assessments, and authorizes Bank and CPLP to exercise a right of set-off against funds in the Cash Collateral Account or any other funds or payment due and owing to User under the Agreement, including interchange payments. User agrees to take any steps necessary to ensure the attachment, perfection or protection of Bank's and CPLP's security interest in the Cash Collateral Account.

6. COVENANTS OF BANK

(a) Bank shall act as User's sponsor with respect to the participation of the Covered ATMs in each Selected Network in accordance with the Network Rules of each such Selected Network and with respect to the laws and regulations set forth at Schedule A for each Selected State.

(b) Bank shall maintain its status as member or participant in good standing with each Selected Network and shall comply with all Network Rules applicable to Bank's sponsorship of User's participation in each such Selected Network; provided, however, that Bank may terminate its sponsorship with User in any Selected Network (i) immediately upon written notice to User if Bank's authority to participate in such Selected Network or act as sponsor of User in such Selected Network is terminated by such Selected Network or (ii) upon thirty (30) days prior written notice, if Bank determines to

terminate its membership or participation in such Selected Network.

(c)     Bank may, in its sole discretion, determine not to sponsor any Covered ATM.

## 7.     COVENANTS OF CPLP

CPLP hereby agrees to accept Bank as User's sponsor with respect to the Selected Networks.

## 8.     FEES

In addition to all other fees set forth in the Agreement, User shall compensate Bank for its services hereunder in accordance with the provisions of Schedule C attached hereto and the fee payment provisions of the Agreement. Bank shall pay its own costs of membership or participation in each Selected Network, but User shall pay any third party fee or charge incurred as a result of Bank's sponsorship of User.

## 9.     TERM; TERMINATION

(a)     This Addendum shall be effective as of the date first written above and shall continue in effect during the term, including the initial term and any renewal term, of the Agreement, unless earlier terminated by any party pursuant to this Section. This Addendum will terminate without further action of any party upon the expiration or termination of the Agreement.

(b)     Any party may terminate this Addendum as of the end of the initial term or any renewal term of the Agreement by providing sixty (60) days prior written notice to the other parties.

(c)     Bank or CPLP may terminate this Addendum or Bank's sponsorship of User in any Selected Network or with respect to the specified Applicable Laws of any Selected State upon occurrence or discovery of one or more of the following events:

(i)     Immediately upon notice to User of the occurrence at any time of any of the conditions set forth at Subsections 2(e)(i), (ii), (iv), (v) or (vi) or 4(c)(i) or (iv).

(ii)     Thirty (30) days after written notice by Bank or CPLP to User, upon the occurrence of any of the conditions set forth

Subsections 2(e)(iii) or 4(c)(ii) or (iii).

(iii)     In the event any financial statement, representation, warranty, statement or certificate furnished is materially false or misleading.

(iv)     Immediately upon the occurrence of any other circumstance with respect to this Addendum that may reasonably be expected to have an adverse effect on Bank.

(d)  In addition to the foregoing, any party may terminate this Addendum upon provision of thirty (30) days prior written notice to the other parties of any material breach of this Addendum by another party, provided that the defaulting party has not cured such breach within such thirty (30) day period.

(e)     Upon any termination of this Addendum by Bank or CPLP pursuant to Subsections 9(c) or (d) above, User shall pay to Bank an early termination fee equal to the number of months remaining in the then-current term multiplied by the greater of (i) the highest average monthly amount of fees and charges incurred by User hereunder in any consecutive three (3) month period or (ii) $5,000 (the "Early Termination Fee"). The parties agree that in the event of termination pursuant to Subsections 9(c) or (d) above, it would be extremely difficult and impracticable to fix the actual damages to CPLP resulting from such termination, and that, therefore, User shall pay to Bank the Early Termination Fee set forth above as liquidated damages and not as a penalty. The parties further agree that the Early Termination Fee represents a reasonable endeavor by the parties to estimate fair compensation for the foreseeable losses that might result from such termination.

## 10.     INDEMNIFICATION

User shall indemnify and hold harmless Bank and CPLP, their affiliates (including parents and subsidiaries), and their respective officers, directors, employees, successors and assigns, from and against any and all direct or contingent losses, costs, claims, demands, and causes of action (including, without limitation, the cost of investigating the claim, the cost of litigation, and reasonable attorneys' fees, whether or not legal

proceedings are instituted) paid or incurred by or on behalf of Bank or CPLP as a result of User's violation of any of the terms of this Addendum, any Schedule hereto, Network Rules, or Applicable Laws, or otherwise arising from or related to Bank's sponsorship of User in any Selected Network.

11. SURVIVAL

All representations and warranties, the rights and obligations of the parties pursuant to Sections 5, 9(e) and 10 and User's obligations to pay accrued fees shall survive the expiration or termination of this Agreement.

12. NOTICES

For purposes of the notices provision of the Agreement, notices to Bank shall be sent to: Concord EFS National Bank, 2525 Horizon Lake Drive, Suite 120, Memphis, Tennessee 38133, Attention: Senior Vice President.

13. AMENDMENT OF AGREEMENT

Except as amended, modified and supplemented hereby, the Agreement is hereby ratified and shall continue in full force and effect in accordance with its terms. Bank shall be the beneficiary, to the same extent as CPLP, of each representation, warranty, covenant and condition of User under the Agreement and of all disclaimers and limitations of liability of CPLP thereunder, but shall in no way be liable for any act or omission of CPLP.

IN WITNESS WHEREOF, this Addendum is executed by the parties as of the date and year below.

Concord EFS National Bank

By: _E. 7. Haslam_

Name and Title: __E.T. Haslam__
CFO

FIRST AMERICAN PAYMENT SYSTEMS

By: _____

Name and Title: _Neil L. Randel, President & CEO_

CONCORD PROCESSING, LP

By: _E. 7. Haslam_

Name and Title: __E.T. Haslam__
CFO

# SCHEDULE A
# SELECTED NETWORKS

User, Bank and CPLP hereby agree that Bank shall act as sponsor for User, pursuant to the terms and conditions of the Addendum, with respect to the following Networks and in the states identified below:

*[User and Bank to initial]*

- ✓ ____ Cirrus/ MasterCard
- ✓ ____ PLUS/ VISA
- ____ ____ American Express Card
- ____ ____ Discover Card
- ____ ____ MagicLine
- ____ ____ Infinet
- ____ ____ Honor
- ____ ____ Maestro U.S.A. Inc.
- ____ ____ Interlink
- ____ ____ MAC
- ✓ ____ QUEST EBT
- ____ ____ AFFN
- ✓ ____ STAR
- ____ ____ Other (Specify)_____

*[User and Bank to initial]*

____ ____ West Virginia (Section 31A-8-126, West Virginia Code Ann. (Supp. 1998), and Title 106, Series 7 of the West Virginia Division of Banking's Legislative Rules.)

Pursuant to West Virginia law, User will maintain a sign on each Covered ATM, in a size and format acceptable to Bank showing the sponsorship of Bank with respect to such ATM.

____ ____ Connecticut (Pursuant to Connecticut Division of Banking's Legislative Rules)

Pursuant to Connecticut law, User will maintain a sign on each Covered ATM, in a size and format acceptable to Bank showing the sponsorship of Bank with respect to such ATM.

**SCHEDULE B**

**LITIGATION LISTINGS**

# SCHEDULE C
## FEES

1. All applicable network transaction fees including but not limited to: ATM fees, fines and assessments, POS fees, adjustment fees and interchange fees/payments per the interchange table will be passed through as incurred by CPLP.

2. Sponsorship Transaction fees.

    A. Approved and Declined State Sponsorship and Gateway Transactions

    | # of Transactions | Fee per trans |
    |---|---|
    | 1 – 25,000 | $.03 |
    | 25,001 – 50,000 | $.02 |
    | over 50,001 | $.01 |

    (Computed on a monthly basis. All Sponsored Transactions processed shall be accompanied by electronic data information, prepared and certified by ISO-Processor setting forth the number of applicable Sponsored Transactions)

    B. EBT Transactions

    | # of Transactions | Fee per trans |
    |---|---|
    | 1 – 25,000 | $.03 |
    | over 25,001 | $.02 |

3. A monthly access fee of $100 per month. **(WAIVED)**

4. A fee of $125 per hour for professional services and research, if required. **(WAIVED)**

# CONCORD PROCESSING AGREEMENT

## ADDENDUM
## FOR
## SPECIAL TERMS

This Addendum is dated March 1, 2003 by and between CONCORD PROCESSING, LP with offices located at 2201 Civic Circle, Amarillo, Texas 79109 ("CPLP", "we" or "us") AND FIRST AMERICAN PAYMENT SYSTEMS with offices located at 201 MAIN STREET, SUITE 1000, FORT WORTH, TEXAS 76102 ("User", "you" or "your") and shall supplement, amend and become part of the Concord Processing Agreement of even date between CPLP and User ("CPLP Processing Agreement").

<u>Background</u>

In connection with the CPLP Processing Services set forth in the CPLP Processing Agreement, CPLP is extending to User the special terms described herein to facilitate User's election of CPLP as the Processor of Transactions by its Cardholders and/or at its Terminals.

NOW, THEREFORE, in consideration of the mutual premises herein contained, CPLP and User agree to be legally bound by the terms of this Addendum as hereinafter set forth.

1. DEFINED TERMS

All capitalized terms used in this Addendum and not otherwise defined herein shall have the meanings set forth in the CPLP Processing Agreement or Exhibit A thereto.

2. SPECIAL TERMS

a. **CONVERSION ASSISTANCE PROGRAM (CAP).** The following CAP shall be added to the CPLP Processing Agreement:

(i) CPLP will assist in the conversion of User's ATMs to the CPLP Processing Platform, listed on Schedule A to this Addendum, by providing the following services:
   A. Reprogram each ATM.
   B. Perform any necessary upload or download of software.

(ii) User and CPLP agree that in the event User acquires ATMs and converts such acquired ATMs to the CPLP platform during the initial term of this Agreement, additional assistance may be provided by CPLP to User, in CPLP' sole discretion, in exchange for an extension of the initial term of the CPLP Processing Agreement and increased monthly minimums in accordance with such acquired ATMs.

(iii) In the event that the Agreement is terminated for any reason prior to the end of the Initial Term, and termination is not the result of a contract breach by CPLP, User shall pay CPLP an amount equal to a pro rata portion of the CAP determined by (a) multiplying by a factor of .01666 (b) the number of months, including any partial month, between the last day of the initial term and the effective date of termination of the Agreement; then multiplying the product of (a) "times" (b) by (c) the total amount of the CAP received by User prior to such termination.

b. <u>CPLP PROCESSING SERVICES</u>. The following paragraph shall be added to Section 2 of the CPLP Processing Agreement.

We agree that during the term of this Agreement we shall be a non-exclusive provider to you of the services described in paragraphs (i), (ii) (iii) and (iv) of this Section.

c. <u>FEES.</u> Section 5(a) shall be amended by adding the following sentence to the end of the paragraph:

Notwithstanding any terms herein to the contrary, the fees and charges set forth in the Schedule of Fees, any Appendix, and/or Addendum (other than for new services) shall be fixed and shall not be increased during the initial term of the CPLP Processing Agreement, except that each increase in the fees, charges, and/or assessments levied by any regional or national network and any other third party charges incurred in connection with our provision of CPLP Processing Services to User shall be automatically invoiced to and payable by User without further notice by CPLP.

d. <u>MONTHLY MINIMUM FEE.</u> User and CPLP agree that if the total of all fees incurred by User pursuant to Exhibit B, Exhibit GS-1, and Schedule C hereto for any calendar month during this Agreement is less than the applicable monthly minimum fee as set forth below (the "Monthly Minimum Fee") for such calendar month, User shall pay to CPLP the following Monthly Minimum Fee:

| Time Period | Monthly Minimum |
|---|---|
| First six months of initial term | No Minimum |
| Second six months through first year | $21,000 |
| Second year | $25,000 |
| Third year | $27,500 |
| Fourth year | $30,000 |
| Fifth year through end of initial term | $25,000 |

Notwithstanding the foregoing, at the end of each six (6) month period of the initial term of the Agreement, starting with month seven (7) and continuing through the end of the initial term, User may apply for an Overage Credit, as defined below, within thirty (30) days following the end of each six (6) month period. Within thirty (30) days of receipt and acceptance of documentation submitted by User to CPLP supporting the Overage Credit, CPLP will apply such Overage Credit to User's invoice.

Overage Credit is defined as any amounts paid by User over the Monthly Minimum Fee in any given month/s during the applicable six (6) month period which can be applied to shortages in other months during the same six (6) month period.

As an example: During the first six (6) months of the second year, User's invoices are as follows: $24,500/JAN, $24,500/FEB, $25,000/MAR, $25,500/APR, $26,000/MAY, $26,000/JUN.

For the months of January and February, CPLP would add $500 to User's monthly invoice per the Monthly Minimum Fee requirement. However, in the months of April through June, User's volumes and invoices exceeded the Monthly Minimum Fee by $2,500 collectively. Therefore, User may submit documentation to CPLP within thirty (30) days of the June invoice requesting an Overage Credit of $1,000 be applied to User's next invoice.

e. <u>EFFECTIVE DATE AND TERM</u>.    Section 16 of the CPLP Processing Agreement shall be deleted in its entirety and replaced as follows:

This Agreement shall be effective as of the date indicated in the introductory paragraph hereof provided that it is fully executed by us in original form and the payments required hereunder have been delivered to us. The initial term of the Agreement shall be sixty-six (66) months commencing February 1, 2003 and, thereafter, for successive one (1) year renewal terms unless terminated in accordance with paragraph 17 herein.

f. <u>TERMINATION</u>. The following shall be added to the end of paragraph 17:

Notwithstanding the foregoing, should USER terminate the CPLP Processing Agreement prior to the end of the current Term and such termination is the result of an acquisition or merger of USER, whereby USER is not the surviving entity, then USER shall be subject to the following termination fees.

(i)    if surviving entity is a current CPLP customer, USER shall pay an early termination fee equal to the lesser of $100,000 or the monthly minimum commitment, not to exceed $25,000, times fifty percent (50%) times the number of months left in the current term of the Agreement.

(ii)   if surviving entity is not a current CPLP customer, USER shall be subject to an early termination fee equal to the monthly minimum commitment times fifty percent (50%) times the number of months left in the current term of the Agreement.

g. Either party may terminate this Agreement upon provision of thirty (30) days prior written notice to the other party of any material breach of this Agreement by the other party, provided that the defaulting party has not cured such breach within such thirty (30) day period.

3. CONFIDENTIALITY

The CPLP Processing Agreement, this Addendum and the subject matter addressed herein shall be kept strictly confidential by CPLP and User and shall be disclosed only to those employees and agents required to have access to such information in the performance of each parties obligations hereunder, except to the extent that such information is required to be disclosed in any regulatory examination.

4. EFFECTIVE DATE AND TERM

This Addendum shall be effective when fully executed by us in original form and the required payments hereunder have been delivered to us. This Addendum shall be for a term coterminous with the current term of the CPLP Processing Agreement and shall, thereafter, be renewed automatically for successive one (1) year terms unless terminated in accordance with paragraph 17 of the CPLP Processing Agreement.

This Addendum shall terminate immediately upon expiration or earlier termination of the CPLP Processing Agreement.

5.    CONFIRMATION    OF    CPLP    PROCESSING AGREEMENT

Except as otherwise amended hereby, the CPLP Processing Agreement is hereby ratified in all respects and shall remain in full force and effect.

The signatures of CPLP and User set forth below shall serve as evidence of the parties' agreement to this Addendum.

CONCORD PROCESSING, LP

By: _____

E.T. Haslam
Name and Title (Printed) CFO

FIRST AMERICAN PAYMENT SYSTEMS

By: _____

Neil L. Randel, PresidenT+CEO
Name and Title (Printed)

## SCHEDULE A

| | ATM | Model | City | State | Zip |
|---|---|---|---|---|---|
| 1 | TRANAX | MB 2100 | Phoenix | AZ | 85015 |
| 2 | TRANAX | MB 2100 | Phoenix | AZ | 85027 |
| 3 | TRANAX | MB 2100 | Phoenix | AZ | 85034 |
| 4 | TRANAX | MB 2100 | Phoenix | AZ | 85043 |
| 5 | TRITON | 9500 | MESA | AZ | 85201 |
| 6 | TRANAX | MB 2100 | Gilbert | AZ | 85234 |
| 7 | TRANAX | MB 1000 | Tempe | AZ | 85281 |
| 8 | TRANAX | MB 1000 | Tempe | AZ | 85282 |
| 9 | TRANAX | 2100 | Yuma | AZ | 85364 |
| 10 | TRANAX | MB 2100 | YUMA | AZ | 85365 |
| 11 | TRANAX | MB 2100 | FLAGSTAFF | AZ | 86001 |
| 12 | TRANAX | MB 1000 | Kayenta | AZ | 86033 |
| 13 | TRANAX | MB 2100 | Camp Verdi | AZ | 86322 |
| 14 | TRANAX | MB 1000 | Kingman | AZ | 86401 |
| 15 | TRANAX | MB 1500 | Kingman | AZ | 86401 |
| 16 | TRANAX | MB 1000 | Kingman | AZ | 86401 |
| 17 | TRANAX | 2100 | Lake Havasu | AZ | 86403 |
| 18 | TRANAX | 2100 | Bullhead City | AZ | 86442 |
| 19 | TRANAX | MB 1000 | Los Angeles | CA | 90017 |
| 20 | TRANAX | MB 2100 | Hermosa Beach | CA | 90254 |
| 21 | TRITON | | Santa Monica | CA | 90401 |
| 22 | TRITON | | Santa Monica | CA | 90401 |
| 23 | TRANAX | NANO | Sunset Beach | CA | 90742 |
| 24 | TRANAX | | Rowland Heights | CA | 91748 |
| 25 | TRANAX | MB 2100 | Carlsbad | CA | 92009 |
| 26 | TRANAX | MB 2100 | Encinitas | CA | 92024 |
| 27 | TRANAX | MB 2100 | San Marcos | CA | 92069 |
| 28 | TRANAX | | San Diego | CA | 92111 |
| 29 | TRANAX | MB 2100 | Bermuda Dunes | CA | 92201 |
| 30 | TRANAX | 2100 | Blythe | CA | 92225 |
| 31 | TRANAX | 2100 | BRAWLEY | CA | 92227 |
| 32 | TRANAX | 2100 | Cathedral City | CA | 92234 |
| 33 | TRANAX | MB 2100 | Cathedral City | CA | 92234 |
| 34 | TRANAX | MB 2100 | COACHELLA | CA | 92236 |
| 35 | TRANAX | MB 2100 | Coachella | CA | 92236 |
| 36 | TRANAX | 2100 | Desert Hot Spg | CA | 92240 |
| 37 | TRANAX | MB 2100 | El Centro | CA | 92243 |
| 38 | TRANAX | 2100 | El Centro | CA | 92243 |
| 39 | TRANAX | 2100 | LA QUINTA | CA | 92253 |
| 40 | TRANAX | 2100 | Indio | CA | 92260 |
| 41 | TRANAX | 2100 | Palm Desert | CA | 92260 |
| 42 | TRANAX | 2100 | Palm Desert | CA | 92260 |
| 43 | TRANAX | 2100 | Palm Springs | CA | 92262 |
| 44 | TRANAX | 2100 | Yucca Valley | CA | 92264 |
| 45 | TRANAX | 2100 | Thousand Palms | CA | 92276 |
| 46 | TRANAX | 2100 | Palm Springs | CA | 92282 |
| 47 | TRANAX | MB 2100 | Big Bear | CA | 92315 |
| 48 | TRANAX | 2100 | NEEDLES | CA | 92363 |
| 49 | TRANAX | MB 2100 | Lake Elsinore | CA | 92530 |

First American ATM Loctions

| ATM | Model | City | State | Zip |
|---|---|---|---|---|
| 50 TRANAX | MB 2100 | Murrieta | CA | 92562 |
| 51 TRANAX | MB 2100 | Murrieta | CA | 92563 |
| 52 TRANAX | MB 2100 | Sun City | CA | 92584 |
| 53 TRANAX | MB 2100 | Temecula | CA | 92591 |
| 54 TRANAX | MB 2100 | Temecula | CA | 92592 |
| 55 TRANAX | MB 2100 | Temecula | CA | 92592 |
| 56 TRANAX | 2100 | TEMECULA | CA | 92592 |
| 57 TRANAX | MB 2100 | Laguna Niguel | CA | 92647 |
| 58 TRANAX | | Tustin | CA | 92780 |
| 59 TRANAX | MB 2100 | Anaheim | CA | 92806 |
| 60 TRANAX | MB 2100 | Anaheim Hills | CA | 92807 |
| 61 TRANAX | MB 2100 | Corona | CA | 92883 |
| 62 TRANAX | 1500 | VENTURA | CA | 93003 |
| 63 DIEBOLD | CSP 200 | OXNARD | CA | 93030 |
| 64 DIEBOLD | CSP 200 | PORT HUENEME | CA | 93041 |
| 65 TRANAX | MB 1000 | Goleta | CA | 93117 |
| 66 DIEBOLD | CSP 200 | COALINGA | CA | 93210 |
| 67 DIEBOLD | CSP 200 | COALINGA | CA | 93210 |
| 68 TRANAX | MB 2100 | Hanford | CA | 93230 |
| 69 TRANAX | NANO TT | Morro Bay | CA | 93442 |
| 70 TRANAX | MB 2100 | Bishop | CA | 93514 |
| 71 TRANAX | MB 2100 | Bishop | CA | 93514 |
| 72 DIEBOLD | CSP 200 | COARSE GOLD | CA | 93614 |
| 73 TRANAX | MB 1000 | Dos Palos | CA | 93620 |
| 74 TRANAX | MB 1000 | Fowler | CA | 93625 |
| 75 TRANAX | MB 1000 | Los Banos | CA | 93635 |
| 76 TRANAX | MB 1000 | Fresno | CA | 93726 |
| 77 TRANAX | MB 2100 | SALINAS | CA | 93901 |
| 78 TRANAX | MB 2100 | SALINAS | CA | 93906 |
| 79 TRANAX | MB 2100 | SALINAS | CA | 93907 |
| 80 TRANAX | MB 2100 | King City | CA | 93930 |
| 81 TRANAX | MB 2100 | MONTEREY | CA | 93940 |
| 82 TRANAX | MB 2100 | SEASIDE | CA | 93955 |
| 83 TRANAX | MB 2100 | Soledad | CA | 93960 |
| 84 TRANAX | NANO | Soledad | CA | 93960 |
| 85 TRANAX | 1500 | MOUNTAIN VIEW | CA | 94040 |
| 86 TRANAX | MB 1000 | Sunnyvale | CA | 94086 |
| 87 TRANAX | 1500 | SAN FRANCISCO | CA | 94102 |
| 88 TRANAX | MB 2100 | San Francisco | CA | 94111 |
| 89 TRANAX | MB 2100 | Antioch | CA | 94509 |
| 90 TRANAX | MB 1000 | Antioch | CA | 94509 |
| 91 TRANAX | MB 1000 | Brentwood | CA | 94513 |
| 92 TRANAX | 1500 | BRENTWOOD | CA | 94513 |
| 93 NCR | | Brentwood | CA | 94513 |
| 94 TRANAX | MB 2100 | Brentwood | CA | 94513 |
| 95 TRANAX | MB 1500 | CLAYTON | CA | 94517 |
| 96 TRANAX | 2100 | Concord | CA | 94521 |
| 97 TRANAX | 2100 | FREMONT | CA | 94536 |
| 98 TRANAX | NANO | FREMONT | CA | 94536 |
| 99 TRANAX | 1500 | FREMONT | CA | 94538 |
| 100 TRANAX | 2100 | FREMONT | CA | 94539 |

4/4/03

First American ATM Loctions

| | ATM | Model | City | State | Zip |
|---|---|---|---|---|---|
| 101 | TRANAX | NANO | FREMONT | CA | 94539 |
| 102 | TRANAX | MB 1000 | Hayward | CA | 94541 |
| 103 | TRANAX | MB 1000 | Hayward | CA | 94541 |
| 104 | TRANAX | MB 2100 | Hayward | CA | 94545 |
| 105 | TRANAX | MB 2100 | Livermore | CA | 94550 |
| 106 | TRANAX | 1500 | Livermore | CA | 94550 |
| 107 | TRANAX | MB 2100 | Martinez | CA | 94553 |
| 108 | TRANAX | 2100 | NEWARK | CA | 94560 |
| 109 | TRANAX | NANO | NEWARK | CA | 94560 |
| 110 | TRANAX | 2100 | NEWARK | CA | 94560 |
| 111 | TRANAX | NANO | NEWARK | CA | 94560 |
| 112 | TRANAX | MB 2100 | OAKLEY | CA | 94561 |
| 113 | TRANAX | MB 2100 | Pinole | CA | 94564 |
| 114 | NCR | | Pinole | CA | 94564 |
| 115 | TRANAX | MB 2100 | Pittsburg | CA | 94565 |
| 116 | TRANAX | MB 1000 | DUBLIN | CA | 94568 |
| 117 | TRANAX | 1500 | RIO VISTA | CA | 94571 |
| 118 | TRANAX | MB 2100 | ST. HELENA | CA | 94574 |
| 119 | TRANAX | 1500 | SAN LEANDRO | CA | 94579 |
| 120 | TRANAX | MB 1000 | SAN RAMON | CA | 94583 |
| 121 | TRANAX | MB 2100 | Fairfield | CA | 94585 |
| 122 | TRANAX | MB 2100 | Suisun City | CA | 94585 |
| 123 | TRANAX | MB 2100 | Pleasanton | CA | 94588 |
| 124 | TRANAX | | Pleasanton | CA | 94588 |
| 125 | TRANAX | MB 2100 | Walnut Creek | CA | 94598 |
| 126 | TRANAX | NANO | Walnut Creek | CA | 94598 |
| 127 | TRANAX | MB 1000 | Berkeley | CA | 94704 |
| 128 | TRANAX | 2100 | BERKELEY | CA | 94709 |
| 129 | TIDEL | IS-2000 | San Pablo | CA | 94806 |
| 130 | TRANAX | MB 2100 | San Rafael | CA | 94901 |
| 131 | TRANAX | MB 2100 | San Rafael | CA | 94903 |
| 132 | TRANAX | MB 2100 | Kentfield | CA | 94904 |
| 133 | DIEBOLD | | RHONERT PARK | CA | 94928 |
| 134 | TRANAX | NANO | Rhonert Park | CA | 94928 |
| 135 | TRANAX | MB 1000 | Castroville | CA | 95012 |
| 136 | TRANAX | MB 2100 | Cupertino | CA | 95014 |
| 137 | TRANAX | NANO TT | CUPERTINO | CA | 95014 |
| 138 | TRANAX | 2200 | FELTON | CA | 95018 |
| 139 | TRANAX | 2100 | Watsonville | CA | 95019 |
| 140 | TRANAX | MB 2100 | Gilroy | CA | 95020 |
| 141 | TRANAX | | Los Gatos | CA | 95030 |
| 142 | TRANAX | NANO | LOS GATOS | CA | 95030 |
| 143 | TRANAX | MB 1500 | Los Gatos | CA | 95032 |
| 144 | TRANAX | MB 1000 | Los Gatos | CA | 95032 |
| 145 | TRANAX | MB 1000 | San Jose | CA | 95035 |
| 146 | TRANAX | MB 1000 | Milpitas | CA | 95035 |
| 147 | TRANAX | 1500 | MILPITAS | CA | 95035 |
| 148 | TRANAX | MB 2100 | MORGAN HILL | CA | 95037 |
| 149 | TRANAX | MB 1000 | Santa Clara | CA | 95050 |
| 150 | TRANAX | MB 1000 | Santa Clara | CA | 95050 |
| 151 | TRANAX | MB 1000 | Santa Clara | CA | 95050 |

4/4/03

First American ATM Loctions

| | ATM | Model | City | State | Zip |
|---|---|---|---|---|---|
| 152 | TRANAX | MB 1000 | San Jose | CA | 95054 |
| 153 | TRANAX | MB 1000 | SAN JOSE | CA | 95112 |
| 154 | TRANAX | MB 1000 | SAN JOSE | CA | 95116 |
| 155 | TRANAX | MB 1000 | San Jose | CA | 95122 |
| 156 | TRANAX | MB 1500 | San Jose | CA | 95127 |
| 157 | TRANAX | 1500 | SAN JOSE | CA | 95128 |
| 158 | TRANAX | 1500 | SAN JOSE | CA | 95128 |
| 159 | TRANAX | 1500 | SAN JOSE | CA | 95128 |
| 160 | TRANAX | MB 2100 | SAN JOSE | CA | 95129 |
| 161 | TRANAX | MB 1000 | SAN JOSE | CA | 95129 |
| 162 | TRANAX | MB 1000 | SAN JOSE | CA | 95131 |
| 163 | TRANAX | MB 1000 | SAN JOSE | CA | 95132 |
| 164 | TRANAX | MB 1000 | San Jose | CA | 95136 |
| 165 | TRANAX | MB 1000 | SAN JOSE | CA | 95148 |
| 166 | TRANAX | MB 1000 | Stockton | CA | 95205 |
| 167 | TRANAX | NANO | Stockton | CA | 95207 |
| 168 | TRANAX | MB 2100 | Stockton | CA | 95207 |
| 169 | TRANAX | MB 2100 | Stockton | CA | 95207 |
| 170 | TRANAX | MB 2100 | Stockton | CA | 95209 |
| 171 | TRANAX | MB 2100 | Stockton | CA | 95210 |
| 172 | TRITON | 9600 | COPPEROPOLIS | CA | 95228 |
| 173 | NCR | 5305 | LOCKEFORD | CA | 95237 |
| 174 | TRANAX | MB 2100 | Lodi | CA | 95240 |
| 175 | TRANAX | MB 1000 | Murphys | CA | 95247 |
| 176 | TRANAX | MB 2100 | Murphy's | CA | 95247 |
| 177 | TRANAX | MB 2100 | Valley Springs | CA | 95252 |
| 178 | TRANAX | Nano | West Point | CA | 95255 |
| 179 | TRANAX | MB 2100 | Ceres | CA | 95307 |
| 180 | TRANAX | MB 2100 | Santa Nella | CA | 95322 |
| 181 | TRANAX | MB 2100 | Lathrop | CA | 95330 |
| 182 | TRANAX | MB 2100 | Modesto | CA | 95350 |
| 183 | TRANAX | MB 2100 | Modesto | CA | 95351 |
| 184 | TRANAX | MB 2100 | MODESTO | CA | 95355 |
| 185 | TRANAX | MB 2100 | Modesto | CA | 95356 |
| 186 | TRANAX | MB 2100 | MODESTO | CA | 95356 |
| 187 | TRANAX | NANO | Modesto | CA | 95358 |
| 188 | TRANAX | MB 2100 | Oakdale | CA | 95361 |
| 189 | TRANAX | MB 2100 | SONORA | CA | 95370 |
| 190 | TRANAX | MB 2100 | Sonora | CA | 95370 |
| 191 | TRANAX | | Sonora | CA | 95370 |
| 192 | TRANAX | MB 2100 | Tracy | CA | 95376 |
| 193 | TRANAX | MB 2100 | Tracy | CA | 95376 |
| 194 | TRANAX | NANO | TRACY | CA | 95376 |
| 195 | TRANAX | MB 2100 | Westley | CA | 95387 |
| 196 | TRANAX | MB 2100 | WINTON | CA | 95388 |
| 197 | DIEBOLD | | SANTA ROSA | CA | 95401 |
| 198 | TRANAX | NANO | Santa Rosa | CA | 95401 |
| 199 | TRANAX | MB 2100 | Santa Rosa | CA | 95403 |
| 200 | DIEBOLD | | SANTA ROSA | CA | 95403 |
| 201 | TRANAX | NANO | Santa Rosa | CA | 95403 |
| 202 | DIEBOLD | | SANTA ROSA | CA | 95404 |

| ATM | Model | City | State | Zip |
|---|---|---|---|---|
| 203 DIEBOLD | | SANTA ROSA | CA | 95407 |
| 204 TRANAX | | Clearlake | CA | 95422 |
| 205 TRANAX | MB 2100 | Clearlake | CA | 95422 |
| 206 TRANAX | MB 2100 | Ft. Bragg | CA | 95437 |
| 207 TRANAX | MB 2100 | Fort Bragg | CA | 95437 |
| 208 DIEBOLD | | HEALDSBURG | CA | 95448 |
| 209 TRANAX | MB 2100 | Sonoma | CA | 95476 |
| 210 TRANAX | MB 2100 | Ukiah | CA | 95482 |
| 211 TRANAX | NANO | Ukiah | CA | 95482 |
| 212 DIEBOLD | | WINDSOR | CA | 95492 |
| 213 TRANAX | MB 1000 | Eureka | CA | 95501 |
| 214 TRANAX | 1500 | ARCATA | CA | 95518 |
| 215 TRANAX | MB 2100 | Arcata | CA | 95521 |
| 216 TRANAX | MB 2100 | CRESENT CITY | CA | 95531 |
| 217 DIEBOLD | | DIXON | CA | 95620 |
| 218 TRANAX | MB 1000 | Folsom | CA | 95630 |
| 219 TRANAX | MB 2100 | Galt | CA | 95632 |
| 220 TRANAX | MB 1000 | Jackson | CA | 95642 |
| 221 TRANAX | MB 2100 | Lincoln | CA | 95648 |
| 222 TRANAX | 1500 | PENRYN | CA | 95663 |
| 223 NCR | 5305 | PIONEER | CA | 95666 |
| 224 DIEBOLD | | PIONEER | CA | 95666 |
| 225 TRANAX | MB 2100 | Placerville | CA | 95667 |
| 226 TRANAX | MB 2100 | Plymouth | CA | 95669 |
| 227 TRANAX | MB 2100 | Vacaville | CA | 95687 |
| 228 TRANAX | MB 1000 | Soda Springs | CA | 95728 |
| 229 TRANAX | MB 2100 | SACRAMENTO | CA | 95814 |
| 230 TRANAX | NANO | Chico | CA | 95928 |
| 231 TRANAX | MB 1000 | Oroville | CA | 95966 |
| 232 DIEBOLD | | CHILCOOT | CA | 96105 |
| 233 TRANAX | MB 1000 | Portola | CA | 96122 |
| 234 DIEBOLD | | Olympic Valley | CA | 96146 |
| 235 DIEBOLD | | Olympic Valley | CA | 96146 |
| 236 TRANAX | MB 1000 | AURORA | CO | 80014 |
| 237 TRANAX | MB 1000 | Commerce City | CO | 80022 |
| 238 TRANAX | MB 1000 | Greenwood Village | CO | 80112 |
| 239 TRANAX | MB 2100 | Denver | CO | 80222 |
| 240 TRANAX | MB 1000 | Lakewood | Co | 80226 |
| 241 TRANAX | NANO | Allenspark | CO | 80510 |
| 242 TRANAX | MB 1000 | Fort Collins | Co | 80521 |
| 243 TRANAX | 2100 | GREELEY | CO | 80631 |
| 244 TRANAX | 2100 | GREELEY | CO | 80631 |
| 245 DIEBOLD | | Pagosa Spring | CO | 81147 |
| 246 DIEBOLD | | PAGOSA | CO | 81147 |
| 247 DIEBOLD | | Pagosa Springs | CO | 81147 |
| 248 TRANAX | MB 2100 | Canon City | CO | 81212 |
| 249 DIEBOLD | CSP 100 | Durango | CO | 81303 |
| 250 TRANAX | MB 1000 | Dove Creek | CO | 81324 |
| 251 TRANAX | MB 2100 | CEDAR EDGE | CO | 81413 |
| 252 TRANAX | MB 1000 | DELTA | CO | 81416 |
| 253 DIEBOLD | | ECKERT | CO | 81418 |

4/4/03

First American ATM Loctions

| ATM | Model | City | State | Zip |
|---|---|---|---|---|
| 254 TRANAX | MB 1000 | Grand Junction | CO | 81501 |
| 255 DIEBOLD | | Grand Jct | CO | 81501 |
| 256 TRANAX | 1500 | GRAND JUNCTION | CO | 81505 |
| 257 DIEBOLD | | Grand Jct | CO | 81505 |
| 258 DIEBOLD | | Clifton | CO | 81520 |
| 259 DIEBOLD | | FRUITA | CO | 81521 |
| 260 TRANAX | MB 1000 | Palisade | Co | 81526 |
| 261 DIEBOLD | | GOLLBRAN | CO | 81624 |
| 262 TRANAX | MB 1000 | Meeker | CO | 81641 |
| 263 TRANAX | MB 2100 | ORLANDO | FL | 32822 |
| 264 TRANAX | NANO | Aventura | FL | 33160 |
| 265 TRANAX | 1500 | FORT MYERS | FL | 33905 |
| 266 TRANAX | 1500 | FORT MYERS | FL | 33916 |
| 267 TRITON | 9600 | Davenport | IA | 52805 |
| 268 TRANAX | MB 2100 | POCATELLO | ID | 83201 |
| 269 NCR | | Pocatello | ID | 83201 |
| 270 TRITON | 9600 | MALAD | ID | 83252 |
| 271 TRANAX | MB 2100 | Twin Falls | ID | 83301 |
| 272 TRANAX | MB 2100 | Twin Falls | ID | 83301 |
| 273 TRANAX | MB 2100 | Burley | ID | 83318 |
| 274 DIEBOLD | CSP 200 | Hailey | ID | 83333 |
| 275 TRANAX | MB 2100 | Jerome | ID | 83338 |
| 276 DIEBOLD | | MOUNTAIN HOME | ID | 83647 |
| 277 DIEBOLD | | MOUNTAIN HOME | ID | 83647 |
| 278 TRANAX | MB 1000 | Payette | ID | 83661 |
| 279 TRANAX | MB 2100 | PAYETTE | ID | 83661 |
| 280 TRANAX | MB 1000 | Post Falls | ID | 83854 |
| 281 TRANAX | 1500 | Post Falls | ID | 83877 |
| 282 TRANAX | | Idaho Falls | ID | 84321 |
| 283 TRANAX | MB 2100 | Rock Island | IL | 61201 |
| 284 TRANAX | MB 2100 | Moline | IL | 61265 |
| 285 TRANAX | | Taylorville | IL | 62568 |
| 286 TRANAX | MB 2100 | LEXINGTON | KY | 40505 |
| 287 TRANAX | MB 2100 | Catlettsburg | KY | 41129 |
| 288 TRANAX | 1000 | Glen Burnie | MD | 21061 |
| 289 TRANAX | MB 1000 | Lakeview | MI | 48850 |
| 290 TRANAX | MB 1000 | Stanton | MI | 48888 |
| 291 TRANAX | MB 1000 | Belmont | MI | 49306 |
| 292 TRANAX | MB 1000 | Ceadar | MI | 49319 |
| 293 TRANAX | 1000 | Comstock | MI | 49321 |
| 294 TRANAX | MB 1000 | Gowen | MI | 49326 |
| 295 TRANAX | MB 1000 | Howard City | MI | 49329 |
| 296 TRANAX | MB 1000 | Howard City | MI | 49329 |
| 297 TRANAX | MB 1000 | Kent City | MI | 49330 |
| 298 TRANAX | MB 1000 | Pierson | MI | 49339 |
| 299 TRANAX | MB 1000 | Rockford | MI | 49341 |
| 300 TRANAX | MB 1000 | Rockford | MI | 49341 |
| 301 TRANAX | MB 1000 | Allendale | MI | 49401 |
| 302 TRANAX | MB 1000 | Hamilton | MI | 49419 |
| 303 TRANAX | MB 1000 | Holland | MI | 49423 |
| 304 TRANAX | MB 1000 | Holland | MI | 49424 |

4/4/03

First American ATM Loctions

| ATM | Model | City | State | Zip |
|---|---|---|---|---|
| 305 TRANAX | MB 1000 | Holland | MI | 49424 |
| 306 TRANAX | MB 1000 | Hudsonville | MI | 49426 |
| 307 TRANAX | MB 1000 | Hudsonville | MI | 49426 |
| 308 TRANAX | MB 1000 | Jenison | MI | 49428 |
| 309 TRANAX | MB 1000 | Zeeland | MI | 49454 |
| 310 TRANAX | MB 1000 | Grand Rapids | MI | 49504 |
| 311 TRANAX | MB 1000 | Plainfield | MI | 49505 |
| 312 TRANAX | MB 1000 | Wyoming | MI | 49509 |
| 313 TRANAX | MB 1000 | Wyoming | MI | 49509 |
| 314 TRANAX | MB 1000 | Walker | MI | 49544 |
| 315 TRANAX | 1500 | SAUK CENTRE | MN | 55378 |
| 316 TRANAX | MB 2100 | ROBBINDALE | MN | 55422 |
| 317 TRANAX | 1500 | ALEXANDRIA | MN | 56308 |
| 318 TRANAX | 1500 | STARKVILLE | MS | 39759 |
| 319 TRANAX | MB 1000 | Emigrant | MT | 59027 |
| 320 TRANAX | MB 1000 | Jordan | MT | 59337 |
| 321 TRANAX | MB 1500 | Deer Lodge | MT | 59722 |
| 322 TRANAX | MB 1500 | Dillon | MT | 59725 |
| 323 TRANAX | 1500 | Dillon | MT | 59725 |
| 324 TRANAX | MB 2100 | Drummond | MT | 59832 |
| 325 TIDEL | IS-1000 | Raleigh | NC | 27601 |
| 326 TRANAX | MB 1000 | Omaha | NE | 68127 |
| 327 TRANAX | MB 1500 | West Point | NE | 68788 |
| 328 TRANAX | 1000 | LAGUNA | NM | 87026 |
| 329 TRANAX | MB 2100 | LAS CRUCES | NM | 88001 |
| 330 TRANAX | MB 2100 | Henderson | NV | 89015 |
| 331 TRANAX | MB 2200 | Laughlin | NV | 89029 |
| 332 TRANAX | MB 2200 | Laughlin | NV | 89029 |
| 333 TRANAX | MB 2200 | Laughlin | NV | 89029 |
| 334 TRANAX | MB 2200 | Laughlin | NV | 89029 |
| 335 TRANAX | MB 2200 | Laughlin | NV | 89029 |
| 336 TRANAX | 2200 | Laughlin | NV | 89029 |
| 337 TRANAX | 2200 | Laughlin | NV | 89029 |
| 338 TRANAX | MB 2200 | Laughlin | NV | 89029 |
| 339 TRANAX | MB 2200 | Laughlin | NV | 89029 |
| 340 TRANAX | MB 2200 | Laughlin | NV | 89029 |
| 341 TRANAX | 2200 | Laughlin | NV | 89029 |
| 342 TRANAX | 2200 | Laughlin | NV | 89029 |
| 343 TRANAX | 2200 | Laughlin | NV | 89029 |
| 344 TRANAX | 2200 | Laughlin | NV | 89029 |
| 345 TRANAX | 2200 | Laughlin | NV | 89029 |
| 346 TRANAX | MB 2200 | Laughlin | NV | 89029 |
| 347 TRANAX | MB 2200 | Overton | NV | 89040 |
| 348 TRANAX | 2100 | TONOPAH | NV | 89049 |
| 349 TRANAX | | Tonopah | NV | 89049 |
| 350 TRANAX | MB 2100 | Las Vegas | NV | 89102 |
| 351 TRANAX | MB 2100 | Las Vegas | NV | 89102 |
| 352 TRANAX | 2100 | Las Vegas | NV | 89102 |
| 353 TRANAX | | Las Vegas | NV | 89102 |
| 354 TRANAX | MB 2100 | LAS VEGAS | NV | 89102 |
| 355 TRANAX | MB 2100 | Las Vegas | NV | 89104 |

First American ATM Loctions

| ATM | Model | City | State | Zip |
|---|---|---|---|---|
| 356 TRANAX | MB 2100 | Las Vegas | NV | 89108 |
| 357 TRANAX | MB 2100 | LAS VEGAS | NV | 89108 |
| 358 TRANAX | MB 2100 | Las Vegas | NV | 89109 |
| 359 TRANAX | MB 2100 | Las Vegas | NV | 89110 |
| 360 TRANAX | MB 2100 | Las Vegas | NV | 89115 |
| 361 TRANAX | MB 2100 | Las Vegas | NV | 89117 |
| 362 TRANAX | | Las Vegas | NV | 89117 |
| 363 TRANAX | | Las Vegas | NV | 89117 |
| 364 TRANAX | | Las Vegas | NV | 89118 |
| 365 TRANAX | MB 2100 | Las Vegas | NV | 89119 |
| 366 TRANAX | MB 2100 | Las Vegas | NV | 89120 |
| 367 TRANAX | MB 2100 | Las Vegas | NV | 89121 |
| 368 TRANAX | MB 2100 | Las Vegas | NV | 89121 |
| 369 TRANAX | MB 2100 | Las Vegas | NV | 89122 |
| 370 TRANAX | MB 2100 | Las Vegas | NV | 89128 |
| 371 TRANAX | 2100 | LAS VEGAS | NV | 89130 |
| 372 TRANAX | MB 2100 | Fallon | NV | 89406 |
| 373 DIEBOLD | | Winnemuca | NV | 89445 |
| 374 DIEBOLD | | RENO | NV | 89509 |
| 375 TRANAX | 1500 | RENO | NV | 89570 |
| 376 TRANAX | MB 1000 | Elko | NV | 89801 |
| 377 DIEBOLD | | Elko | NV | 89801 |
| 378 TRANAX | MB 2100 | Elko | NV | 89801 |
| 379 TRANAX | MB 2100 | Elko | NV | 89801 |
| 380 TRANAX | MB 1500 | Grand River | OH | 44060 |
| 381 TRANAX | MB 2100 | Akron | OH | 44312 |
| 382 TRANAX | MB 2100 | Akron | OH | 44312 |
| 383 TRANAX | MB 2100 | Canton | OH | 44708 |
| 384 TRITON | | Ironton | OH | 45638 |
| 385 DIEBOLD | | BEAVERTON | OR | 97005 |
| 386 DIEBOLD | | Beaverton | OR | 97006 |
| 387 DIEBOLD | CSP 200 | GLADSTONE | OR | 97027 |
| 388 TRANAX | MB 2100 | Gresham | OR | 97030 |
| 389 TRANAX | MB 2100 | GRESHAM | OR | 97030 |
| 390 TRANAX | | GRESHAM | OR | 97030 |
| 391 DIEBOLD | CSP 200 | HOOD RIVER | OR | 97031 |
| 392 DIEBOLD | | HOOD RIVER | OR | 97031 |
| 393 TRANAX | MB 1000 | Oregon City | OR | 97045 |
| 394 TRANAX | MB 2100 | OREGON CITY | OR | 97045 |
| 395 DIEBOLD | CSP 200 | OREGON CITY | OR | 97045 |
| 396 DIEBOLD | CSP 200 | Oregon City | OR | 97045 |
| 397 TRANAX | MB 1000 | The Dalles | OR | 97058 |
| 398 DIEBOLD | | THE DALLES | OR | 97058 |
| 399 DIEBOLD | | THE DALLES | OR | 97058 |
| 400 DIEBOLD | | GRESHAM | OR | 97060 |
| 401 DIEBOLD | | TROUTDALE | OR | 97060 |
| 402 TRANAX | MB 2100 | Tualatin | OR | 97062 |
| 403 TRANAX | 2100 | TUALATIN | OR | 97062 |
| 404 DIEBOLD | CSP 200 | WEST LINN | OR | 97068 |
| 405 DIEBOLD | CSP 200 | WEST LINN | OR | 97068 |
| 406 DIEBOLD | CSP 200 | WILSONVILLE | OR | 97070 |

4/4/03

First American ATM Loctions

| ATM | Model | City | State | Zip |
|---|---|---|---|---|
| 407 TRANAX | MB 2100 | Astoria | OR | 97103 |
| 408 TRANAX | MB 1000 | MC MINNVILLE | OR | 97128 |
| 409 TRANAX | MB 1000 | NEWBERG | OR | 97132 |
| 410 TRANAX | MB 2100 | Seaside | OR | 97138 |
| 411 TRANAX | MB 2100 | Tillamook | OR | 97141 |
| 412 DIEBOLD | | PORTLAND | OR | 97201 |
| 413 TRITON | | Portland | OR | 97204 |
| 414 TRANAX | | PORTLAND | OR | 97205 |
| 415 DIEBOLD | | PORTLAND | OR | 97211 |
| 416 DIEBOLD | | PORTLAND | OR | 97212 |
| 417 DIEBOLD | | PORTLAND | OR | 97217 |
| 418 TRANAX | MB 1000 | Portland | OR | 97217 |
| 419 DIEBOLD | | PORTLAND | OR | 97220 |
| 420 DIEBOLD | | PORTLAND | OR | 97220 |
| 421 DIEBOLD | | MILWAUKIE | OR | 97222 |
| 422 DIEBOLD | | Milwaukie | OR | 97222 |
| 423 DIEBOLD | | MILWAUKIE | OR | 97222 |
| 424 TRANAX | MB 2100 | Tigard | OR | 97224 |
| 425 DIEBOLD | | PORTLAND | OR | 97225 |
| 426 DIEBOLD | | PORTLAND | OR | 97229 |
| 427 TRANAX | 1000 | Portland | OR | 97230 |
| 428 DIEBOLD | | PORTLAND | OR | 97232 |
| 429 TRANAX | | Gresham | OR | 97233 |
| 430 TRANAX | MB 2100 | Portland | OR | 97236 |
| 431 TRANAX | MB 2100 | Portland | OR | 97266 |
| 432 TRANAX | MB 2100 | Portland | OR | 97266 |
| 433 TRANAX | MB 2100 | PORTLAND | OR | 97266 |
| 434 TRANAX | MB 2100 | Salem | OR | 97301 |
| 435 TRANAX | MB 2100 | Salem | OR | 97302 |
| 436 TRANAX | MB 2100 | Salem | OR | 97302 |
| 437 TRANAX | MB 2100 | Salem | OR | 97302 |
| 438 TRANAX | MB 2100 | Keizer | OR | 97303 |
| 439 TRANAX | MB 2100 | KEIZER | OR | 97303 |
| 440 TRANAX | MB 2100 | Salem | OR | 97303 |
| 441 TRANAX | MB 2100 | Salem | OR | 97304 |
| 442 TRANAX | MB 2100 | Salem | OR | 97305 |
| 443 TRANAX | MB 2100 | Salem | OR | 97305 |
| 444 TRANAX | MB 2100 | Salem | OR | 97305 |
| 445 TRANAX | MB 2100 | Salem | OR | 97306 |
| 446 TRANAX | MB 2100 | Albany | OR | 97321 |
| 447 DIEBOLD | | ALBANY | OR | 97321 |
| 448 DIEBOLD | | ALBANY | OR | 97321 |
| 449 TRANAX | MB 2100 | CORVALLIS | OR | 97330 |
| 450 TRANAX | MB 2100 | CORVALLIS | OR | 97330 |
| 451 TRANAX | MB 2100 | LEBANON | OR | 97335 |
| 452 DIEBOLD | | Dallas | OR | 97338 |
| 453 DIEBOLD | | Independence | OR | 97351 |
| 454 TRANAX | MB 1000 | Newport | OR | 97365 |
| 455 TRANAX | | NEWPORT | OR | 97365 |
| 456 TRANAX | MB 2100 | Lincoln City | OR | 97367 |
| 457 TRANAX | 1500 | LINCOLN CITY | OR | 97367 |

4/4/03

First American ATM Loctions

| ATM | Model | City | State | Zip |
|---|---|---|---|---|
| 458 TRANAX | MB 2100 | Stayton | OR | 97383 |
| 459 TRANAX | MB 2100 | Sweet Home | OR | 97386 |
| 460 TRANAX | MB 1000 | Eugene | OR | 97401 |
| 461 TRANAX | MB 1000 | Eugene | OR | 97401 |
| 462 DIEBOLD | | EUGENE | OR | 97401 |
| 463 DIEBOLD | | EUGENE | OR | 97401 |
| 464 TRANAX | MB 2100 | Eugene | OR | 97402 |
| 465 DIEBOLD | | EUGENE | OR | 97402 |
| 466 DIEBOLD | | EUGENE | OR | 97402 |
| 467 DIEBOLD | | EUGENE | OR | 97402 |
| 468 DIEBOLD | | EUGENE | OR | 97402 |
| 469 TRANAX | MB 1000 | EUGENE | OR | 97402 |
| 470 TRANAX | MB 2100 | Eugene | OR | 97403 |
| 471 DIEBOLD | | EUGENE | OR | 97403 |
| 472 TRANAX | MB 2100 | Eugene | OR | 97404 |
| 473 TRANAX | | Eugene | OR | 97405 |
| 474 DIEBOLD | | Coos Bay | OR | 97420 |
| 475 TRANAX | MB 2100 | Cottage Grove | OR | 97424 |
| 476 DIEBOLD | | Cottage Grove | OR | 97424 |
| 477 TRANAX | MB 2100 | Florence | OR | 97439 |
| 478 TRANAX | MB 2100 | Florence | OR | 97439 |
| 479 TRANAX | MB 2100 | Newport | OR | 97439 |
| 480 DIEBOLD | | JUNCTION CITY | OR | 97448 |
| 481 DIEBOLD | | MYRTLE CREEK | OR | 97457 |
| 482 DIEBOLD | | North Bend | OR | 97459 |
| 483 DIEBOLD | | Reedsport | OR | 97467 |
| 484 TRANAX | MB 1000 | Roseburg | OR | 97470 |
| 485 DIEBOLD | | ROSEBURG | OR | 97470 |
| 486 DIEBOLD | | ROSEBURG | OR | 97470 |
| 487 TRANAX | MB 2100 | Springfield | OR | 97477 |
| 488 TRANAX | MB 1000 | Springfield | OR | 97478 |
| 489 DIEBOLD | | SUTHERLIN | OR | 97479 |
| 490 TRITON | 9500 | Medford | OR | 97501 |
| 491 TRANAX | MB 1000 | Medford | OR | 97501 |
| 492 TRITON | | Medford | OR | 97501 |
| 493 TRITON | | Central Point | OR | 97502 |
| 494 TRITON | | White City | OR | 97503 |
| 495 TRANAX | MB 1000 | Medford | OR | 97504 |
| 496 TRITON | | Medford | OR | 97504 |
| 497 TRANAX | MB 1000 | GRANTS PASS | OR | 97526 |
| 498 TRANAX | MB 1000 | Grants Pass | OR | 97526 |
| 499 TRANAX | 1500 | GRANTS PASS | OR | 97526 |
| 500 TRITON | | Grants Pass | OR | 97526 |
| 501 TRITON | | Grant Pass | OR | 97526 |
| 502 TRITON | | Phoenix | OR | 97535 |
| 503 DIEBOLD | | Klamath Falls | OR | 97601 |
| 504 DIEBOLD | | Klamath Falls | OR | 97601 |
| 505 TRANAX | 1000 | KLAMATH FALLS | OR | 97603 |
| 506 TRITON | | Medford | OR | 97604 |
| 507 TRANAX | MB 2100 | Bend | OR | 97701 |
| 508 DIEBOLD | | BEND | OR | 97701 |

First American ATM Loctions

| ATM | Model | City | State | Zip |
|-----|-------|------|-------|-----|
| 509 TRANAX | 2100 | BEND | OR | 97701 |
| 510 DIEBOLD | | BEND | OR | 97701 |
| 511 TRANAX | MB 1000 | La Pine | OR | 97739 |
| 512 TRANAX | MB 1000 | Madras | OR | 97741 |
| 513 TRANAX | MB 2100 | Madras | OR | 97741 |
| 514 TRANAX | MB 1000 | Prineville | OR | 97754 |
| 515 TRANAX | 2200 | Redmond | OR | 97756 |
| 516 TRANAX | MB 2100 | Richmond | OR | 97756 |
| 517 TRANAX | MB 1000 | Riley | OR | 97758 |
| 518 DIEBOLD | | PENDELTON | OR | 97801 |
| 519 DIEBOLD | | PENDLETON | OR | 97801 |
| 520 DIEBOLD | | BAKER CITY | OR | 97814 |
| 521 TRANAX | MB 1000 | Hermiston | OR | 97838 |
| 522 TRANAX | MB 1000 | Joseph | OR | 97846 |
| 523 TRANAX | MB 2100 | Joseph | OR | 97846 |
| 524 TRANAX | MB 2100 | LA GRANDE | OR | 97850 |
| 525 DIEBOLD | | LaGrande | OR | 97850 |
| 526 TRANAX | MB 2100 | Portland | OR | 97220-3906 |
| 527 TRANAX | MB 2100 | Salem | OR | 97301-1963 |
| 528 TRANAX | MB 2100 | Salem | OR | 97301-5838 |
| 529 TRANAX | MB 2100 | Salem | OR | 97306-1148 |
| 530 TRANAX | MB 2100 | Eugene | OR | 97401-3340 |
| 531 TRANAX | MB 2100 | Eugene | OR | 97401-5607 |
| 532 TRANAX | MB 2100 | Eugene | OR | 97402-3044 |
| 533 TRANAX | MB 2100 | State College | PA | 16803 |
| 534 TRANAX | MB 2100 | York | PA | 17402 |
| 535 TIDEL | IS-2000 | York | PA | 17404 |
| 536 TRANAX | MB 2100 | Bethleham | PA | 18017 |
| 537 DIEBOLD | | Clarks Summit | PA | 18411 |
| 538 TRANAX | NANO | Philadelphia | PA | 19135 |
| 539 TRANAX | 1500 | COLUMBIA | SC | 29223 |
| 540 DIEBOLD | | RAPID CITY | SD | 57701 |
| 541 TRANAX | NANO | Hot Springs | SD | 57747 |
| 542 TRANAX | MB 2100 | The Colony | TX | 75056 |
| 543 TRANAX | MB 2100 | Plano | TX | 75074 |
| 544 TRANAX | NANO | Arlington | TX | 76015 |
| 545 TRANAX | MB 2100 | Burleson | TX | 76028 |
| 546 TRITON | 9600 | FORT WORTH | TX | 76102 |
| 547 DIEBOLD | | Valley View | TX | 76272 |
| 548 TRANAX | MB 2100 | Houston | TX | 77030 |
| 549 TRANAX | MB 2100 | Arlington | TX | 79001 |
| 550 TRANAX | MB 2100 | EL PASO | TX | 79907 |
| 551 TRANAX | MB 2100 | EL PASO | TX | 79916 |
| 552 TRANAX | MB 2100 | EL PASO | TX | 79936 |
| 553 TRANAX | MB 1000 | American Fork | UT | 84003 |
| 554 NCR | | American Fork | UT | 84003 |
| 555 TBS | | Bountiful | UT | 84010 |
| 556 DIEBOLD | | CENTERVILLE | UT | 84014 |
| 557 TRITON | | Clearfield | UT | 84015 |
| 558 DIEBOLD | | Coalville | UT | 84017 |
| 559 DIEBOLD | CSP 100 | SANDY | UT | 84020 |

4/4/03

First American ATM Loctions

| | ATM | Model | City | State | Zip |
|---|---|---|---|---|---|
| 560 | TRANAX | MB 1000 | DUCHESNE | UT | 84021 |
| 561 | DIEBOLD | | DUCHESNE | UT | 84021 |
| 562 | TRITON | | Farmington | UT | 84025 |
| 563 | DIEBOLD | | Woods Cross | UT | 84037 |
| 564 | DIEBOLD | | KAYSVILLE | UT | 84037 |
| 565 | DIEBOLD | | Layton | UT | 84041 |
| 566 | DIEBOLD | | LEHI | UT | 84043 |
| 567 | DIEBOLD | | OREM | UT | 84057 |
| 568 | TRANAX | 1000 | Roy | UT | 84067 |
| 569 | DIEBOLD | | Sandy | UT | 84070 |
| 570 | NCR | | Tooele | UT | 84074 |
| 571 | NCR | 5305 | WEST JORDAN | UT | 84088 |
| 572 | DIEBOLD | CSP 100 | PARK CITY | UT | 84098 |
| 573 | DIEBOLD | | Salt Lake City | UT | 84101 |
| 574 | NCR | | Salt Lake City | UT | 84101 |
| 575 | DIEBOLD | | Salt Lake City | UT | 84102 |
| 576 | TRANAX | MB 2100 | Salt Lake City | UT | 84102 |
| 577 | TRANAX | MB 2100 | Salt Lake City | UT | 84103 |
| 578 | TRANAX | MB 1000 | Salt Lake City | UT | 84106 |
| 579 | DIEBOLD | | Salt Lake City | UT | 84106 |
| 580 | NCR | | Salt Lake City | UT | 84106 |
| 581 | DIEBOLD | | Salt Lake City | UT | 84106 |
| 582 | DIEBOLD | | Richfield | UT | 84106 |
| 583 | TIDEL | IS-1000 | Salt Lake City | UT | 84106 |
| 584 | TRANAX | NANO | Salt Lake City | UT | 84108 |
| 585 | TIDEL | IS-1000 | Salt Lake City | UT | 84109 |
| 586 | TRANAX | MB 2100 | Salt Lake City | UT | 84109 |
| 587 | TIDEL | IS-1000 | Salt Lake City | UT | 84111 |
| 588 | DIEBOLD | | Salt Lake City | UT | 84115 |
| 589 | TRANAX | MB 2100 | Salt Lake City | UT | 84116 |
| 590 | DIEBOLD | | Taylorsville | UT | 84118 |
| 591 | DIEBOLD | | Salt Lake City | UT | 84119 |
| 592 | NCR | | Salt Lake City | UT | 84121 |
| 593 | TRANAX | MB 2100 | Salt Lake City | UT | 84121 |
| 594 | DIEBOLD | | Salt Lake City | UT | 84184 |
| 595 | DIEBOLD | | BRIGHAM | UT | 84302 |
| 596 | TRANAX | MB 1500 | Garland | UT | 84312 |
| 597 | DIEBOLD | | HYRUM | UT | 84319 |
| 598 | TRITON | | Logan | UT | 84321 |
| 599 | NCR | | Logan | UT | 84321 |
| 600 | NCR | | Logan | UT | 84321 |
| 601 | TRANAX | MB 1000 | Logan | UT | 84321 |
| 602 | DIEBOLD | | Logan | UT | 84321 |
| 603 | DIEBOLD | | LOGAN | UT | 84321 |
| 604 | TRANAX | MB 1000 | Logan | UT | 84321 |
| 605 | DIEBOLD | | SMITHFIELD | UT | 84335 |
| 606 | DIEBOLD | | SNOWVILLE | UT | 84336 |
| 607 | DIEBOLD | | Ogden | UT | 84401 |
| 608 | DIEBOLD | | Ogden | UT | 84401 |
| 609 | DIEBOLD | | Ogden | UT | 84401 |
| 610 | DIEBOLD | | Ogden | UT | 84403 |

4/4/03

First American ATM Loctions

| | ATM | Model | City | State | Zip |
|---|---|---|---|---|---|
| 611 | DIEBOLD | | Ogden | UT | 84403 |
| 612 | DIEBOLD | CSP 100 | Ogden | UT | 84404 |
| 613 | DIEBOLD | | FARR WEST | UT | 84404 |
| 614 | NCR | | Ogden | UT | 84404 |
| 615 | DIEBOLD | | Riverdale | UT | 84405 |
| 616 | DIEBOLD | CSP 200 | Washington Terrace | UT | 84405 |
| 617 | DIEBOLD | | Ogden | UT | 84405 |
| 618 | DIEBOLD | | Pleasant View | UT | 84414 |
| 619 | TRANAX | | Ogden | UT | 84414 |
| 620 | DIEBOLD | | Green River | UT | 84525 |
| 621 | TRANAX | MB 2100 | Green River | UT | 84525 |
| 622 | DIEBOLD | | MOAB | UT | 84532 |
| 623 | TRANAX | MB 1000 | ORANGEVILLE | UT | 84537 |
| 624 | TRANAX | MB 1000 | Provo | UT | 84601 |
| 625 | TRANAX | 1500 w/du | Provo | UT | 84602 |
| 626 | TRANAX | MB 1000 | PROVO | UT | 84604 |
| 627 | DIEBOLD | | PROVO | UT | 84604 |
| 628 | DIEBOLD | | PROVO | UT | 84604 |
| 629 | DIEBOLD | | OREM | UT | 84604 |
| 630 | TRANAX | | Manti | UT | 84642 |
| 631 | TRANAX | MB 2100 | Mt. Pleasant | UT | 84647 |
| 632 | DIEBOLD | | PAYSON | UT | 84651 |
| 633 | NCR | | Payson | UT | 84651 |
| 634 | TRANAX | NANO | SALINA | UT | 84654 |
| 635 | TRANAX | MB 1000 | SALINA | UT | 84654 |
| 636 | TRANAX | 1500 | SPANISH FORK | UT | 84660 |
| 637 | DIEBOLD | | Spanish Fork | UT | 84660 |
| 638 | DIEBOLD | | Spanish Fork | UT | 84660 |
| 639 | TRANAX | | MAPELTON | UT | 84664 |
| 640 | NCR | | Richfield | UT | 84701 |
| 641 | TRANAX | MB 2100 | Richfield | UT | 84701 |
| 642 | DIEBOLD | | BEAVER | UT | 84713 |
| 643 | DIEBOLD | | Springdale | UT | 84767 |
| 644 | TRANAX | MB 1000 | Torrey | UT | 84775 |
| 645 | DIEBOLD | | TORREY | UT | 84775 |
| 646 | TRANAX | MB 2100 | Pine Valley | UT | 84781 |
| 647 | DIEBOLD | | ST. GEORGE | UT | 84790 |
| 648 | TIDEL | IS-2000 | Chantilly | VA | 20151 |
| 649 | TIDEL | IS-2000 | Sterling | VA | 20164 |
| 650 | TIDEL | IS-2000 | Falls Church | VA | 22046 |
| 651 | TIDEL | IS-2000 | Woodbridge | VA | 22191 |
| 652 | TRANAX | 2100 | FEDERAL | WA | 98003 |
| 653 | TIDEL | IS-2000 | Maple Valley | WA | 98038 |
| 654 | TRANAX | MB 1500 | Renton | WA | 98056 |
| 655 | TRANAX | 2100 | SEATTLE | WA | 98101 |
| 656 | TRANAX | | Seattle | WA | 98105 |
| 657 | TRANAX | MB 1000 | Seattle | WA | 98108 |
| 658 | TRANAX | 1500 | BURIEN | WA | 98148 |
| 659 | TRANAX | MB 2100 | Zillah | WA | 98148 |
| 660 | TRANAX | MB 2200 | Tukwila | WA | 98168 |
| 661 | TRANAX | MB 2200 | Tukwila | WA | 98168 |

4/4/03

First American ATM Loctions

| ATM | Model | City | State | Zip |
|---|---|---|---|---|
| 662 TRANAX | MB 1000 | Seattle | WA | 98168 |
| 663 TRANAX | MB 2100 | SEATTLE | WA | 98178 |
| 664 TRANAX | MB 1000 | Sea Tac | WA | 98188 |
| 665 TRANAX | MB 2100 | Seattle | WA | 98188 |
| 666 TRANAX | 2200 | SEATAC | WA | 98188 |
| 667 TRANAX | NANO TT | ARLINGTON | WA | 98223 |
| 668 TRANAX | MB 2100 | Bremerton | WA | 98310 |
| 669 TRANAX | MB 2100 | Bremerton | WA | 98312 |
| 670 TRANAX | MB 2100 | Gig Harbor | WA | 98335 |
| 671 TRANAX | MB 2100 | Bremerton | WA | 98337 |
| 672 TRANAX | NANO | Bremerton | WA | 98337 |
| 673 TRANAX | MB 1000 | Port Orchard | WA | 98366 |
| 674 TRANAX | MB 2100 | Port Orchard | WA | 98366 |
| 675 TRANAX | MB 2100 | POULSBO | WA | 98370 |
| 676 TRANAX | MB 2100 | Payallup | WA | 98371 |
| 677 TRANAX | MB 2100 | Silverdale | WA | 98383 |
| 678 TRANAX | MB 1500 | Tacoma | WA | 98402 |
| 679 TRANAX | 1500 | TACOMA | WA | 98403 |
| 680 TRANAX | MB 1000 | Tacoma | WA | 98424 |
| 681 TRANAX | MB 1000 | Tacoma | WA | 98445 |
| 682 TRANAX | MB 1000 | University Place | WA | 98466 |
| 683 TRANAX | MB 1000 | Lakewood | WA | 98498 |
| 684 TRANAX | MB 1000 | Lakewood | WA | 98499 |
| 685 TRANAX | MB 1000 | Lakewood | WA | 98499 |
| 686 TRANAX | | Lakewood | WA | 98499 |
| 687 TRITON | | Chehalis | WA | 98532 |
| 688 DIEBOLD | | BINGEN | WA | 98605 |
| 689 DIEBOLD | | GOLDENDALE | WA | 98620 |
| 690 TRANAX | MB 2100 | KELSO | WA | 98626 |
| 691 TRANAX | MB 2100 | LONG BEACH | WA | 98631 |
| 692 TRANAX | MB 1000 | Longview | WA | 98632 |
| 693 DIEBOLD | | LONG VIEW | WA | 98632 |
| 694 DIEBOLD | | LONG VIEW | WA | 98632 |
| 695 DIEBOLD | CSP 200 | VANCOUVER | WA | 98661 |
| 696 DIEBOLD | CSP 200 | VANCOUVER | WA | 98663 |
| 697 DIEBOLD | CSP 200 | VANCOUVER | WA | 98664 |
| 698 DIEBOLD | CSP 200 | VANCOUVER | WA | 98664 |
| 699 DIEBOLD | CSP 200 | VANCOUVER | WA | 98665 |
| 700 DIEBOLD | | Woodland | WA | 98674 |
| 701 DIEBOLD | | Leavenworth | WA | 98826 |
| 702 TRANAX | MB 2100 | Moses Lake | WA | 98837 |
| 703 TRANAX | MB 1000 | Yakima | WA | 98901 |
| 704 TRANAX | MB 2100 | Yakima | WA | 98901 |
| 705 TRANAX | 2200 | YAKIMA | WA | 98901 |
| 706 TRANAX | MB 1000 | Yakima | WA | 98903 |
| 707 TRANAX | MB 2100 | Grandview | WA | 98930 |
| 708 TIDEL | IS-1000 | NACHES | WA | 98937 |
| 709 TRANAX | MB 1000 | Sunnyside | WA | 98944 |
| 710 TRANAX | MB 1000 | Toppenish | WA | 98948 |
| 711 TRANAX | MB 2100 | Toppenish | WA | 98948 |
| 712 TRANAX | MB 2100 | Wapato | WA | 98951 |

4/4/03

First American ATM Loctions

| ATM | Model | City | State | Zip |
|---|---|---|---|---|
| 713 TRANAX | MB 2100 | SPOKANE | WA | 99202 |
| 714 TRANAX | 1500 | SPOKANE | WA | 99205 |
| 715 TRANAX | MB 1000 | SPOKANE | WA | 99206 |
| 716 TRITON | | SPOKANE | WA | 99206 |
| 717 TRANAX | MB 1000 | Spokane | WA | 99206 |
| 718 TRANAX | MB 2100 | Spokane | WA | 99208 |
| 719 TRANAX | MB 2100 | Spokane | WA | 99208 |
| 720 TRANAX | 1500 | SPOKANE | WA | 99216 |
| 721 TRANAX | MB 2100 | Pasco | WA | 99301 |
| 722 TRANAX | MB 2100 | Kennewick | WA | 99338 |
| 723 TRANAX | MB 2100 | Richland | WA | 99352 |
| 724 TRANAX | 1500 | ROYAL CITY | WA | 99357 |
| 725 TRANAX | MB 1000 | Walla Walla | WA | 99362 |
| 726 TRANAX | MB 1000 | Walla Walla | WA | 99362 |
| 727 DIEBOLD | CSP 200 | BELOIT | WI | 53511 |
| 728 TRANAX | MB 2100 | PRINCETON | WV | 24740 |
| 729 TRANAX | MB 2100 | GREYBULL | WY | 82426 |
| 730 TRANAX | MB 1000 | Thermopolis | WY | 82443 |
| 731 NCR | | Riverton | WY | 82501 |
| 732 TRANAX | MB 2100 | Gillette | WY | 82717 |
| 733 TRANAX | MB 1000 | Evanston | WY | 82930 |

4/4/03

# CONCORD PROCESSING AGREEMENT

## SECOND ADDENDUM
### FOR
### SPECIAL TERMS

This Second Addendum is dated August 1, 2007 by and between FIRST DATA RETAIL ATM SERVICES, L.P., formerly known as Concord Processing, L.P., with offices located at 2201 Civic Circle, Amarillo, Texas 79109 ("FDRAS", "we" or "us") and FIRST AMERICAN PAYMENT SYSTEMS with offices located at 201 Main Street, Suite 1000, Fort Worth, Texas 76102 ("User", "you" or "your") and shall supplement, amend and become part of the Concord Processing Agreement, dated March 1, 2003, as amended, between FDRAS and User ("FDRAS Processing Agreement").

### Background

In connection with the FDRAS Processing Services set forth in the FDRAS Processing Agreement, FDRAS is extending to User the special terms described herein.

NOW, THEREFORE, in consideration of the mutual promises herein contained, FDRAS and User agree to be legally bound by the terms of this Second Addendum as hereinafter set forth.

### 1. DEFINED TERMS.

All capitalized terms used in this Second Addendum and not otherwise defined herein shall have the meanings set forth in the FDRAS Processing Agreement.

### 2. SPECIAL TERMS.

A. Extension of initial term of the Agreement. The initial term of the Agreement is hereby amended in its entirety to mean the time period from the Effective Date of the Agreement to and including March 1, 2011.

B. Monthly Minimum Fee. User and FDRAS agree that if the total of all fees incurred by User pursuant to Exhibit B, Exhibit GS-1, and Schedule C hereto (the "Incurred Fees") for any calendar month during this FDRAS Processing Agreement is less than the Monthly Minimum Fee set forth below, User shall pay to FDRAS the following Monthly Minimum Fee for such calendar month in lieu of the Incurred Fees:

(i) $10,000 for the time period from August 1, 2007 to July 31, 2008

(ii) $8,000 for the time period from August 1, 2008 to July 31, 2009

(iii) $6,000 for the time period from August 1, 2009 to July 31, 2010

(iv) $5,000 for the time period from August 1, 2010 to February 28, 2011

C. Schedule C to the FDRAS Processing Agreement.

Schedule C to the FDRAS Processing Agreement is hereby deleted in its entirety and replaced with the Schedule C attached hereto.

### 3. CONFIDENTIALITY.

The FDRAS Processing Agreement, this Second Addendum and the subject matter addressed herein shall be kept strictly confidential by FDRAS and User and shall be disclosed only to those employees and agents required to have access to such information in the performance of each parties obligations hereunder, except to the extent that such information is required to be disclosed by law or regulation.

### 4. EFFECTIVE DATE AND TERM.

This Second Addendum shall be effective when fully executed by us in original form. This Second Addendum shall be for a term coterminous with the current term of the FDRAS Processing Agreement and shall, thereafter, be renewed automatically for successive one (1) year terms unless terminated in accordance with paragraph 17 of the FDRAS Processing Agreement.

This Second Addendum shall terminate immediately upon expiration or earlier termination of the FDRAS Processing Agreement.

## 5. CONFIRMATION OF FDRAS PROCESSING AGREEMENT.

Except as otherwise amended hereby, the FDRAS Processing Agreement is hereby ratified in all respects and shall remain in full force and effect.

The signatures of FDRAS and User set forth below shall serve as evidence of the parties' agreement to this Second Addendum.

FIRST DATA RETAIL ATM SERVICES, L.P.

By: _____

L-Kevin Glephour     Assistant Treasurer
Name and Title (Printed)

FIRST AMERICAN PAYMENT SYSTEMS

By: X _____

Howard W. Herndon, EVP, Gen Counsel
Name and Title (Printed)  + Sec.

# CONCORD PROCESSING AGREEMENT
## SECOND ADDENDUM
## FOR SPECIAL TERMS

This Second Addendum is entered into as of January 1, 2011 (the "Second Addendum Effective Date") and is between Concord Processing, LP now known as First Data Retail ATM Services, LP, ("First Data Retail ATM Services" or "FDRAS") and First American Payment Systems ("User").

### RECITALS

WHEREAS, First Data Retail ATM Services and User have entered into a CONCORD PROCESSING AGREEMENT dated March 1, 2003, as amended, (the "Agreement"), First Data Retail ATM Services and User have agreed to amend the Agreement as set forth herein.

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, First Data Retail ATM Services and User agree as follows:

1. <u>Extension of initial term of the Agreement.</u> Effective on this Second Addendum Effective Date, the initial term of the Agreement is hereby amended in its entirety to mean the time period from the Effective Date of this Second Addendum to and including December 31, 2015.

2. <u>Fees and Services and the ATM Processing Services Schedules.</u> Effective on this Second Addendum Effective Date, the Fees and Service and the ATM Processing Services Schedules to the Agreement are hereby replaced and superseded by the Fee and Service and the ATM Processing Services Schedules attached hereto.

3. <u>Cancellation Fee.</u> Section 17 to the Agreement shall hereby be replaced and superceded as follows:

   In the event that this Agreement is terminated prior to the end of its then-current term, then User agrees to pay an early termination fee ("Early Termination Fee") in an amount equal to the product of the User's average monthly fees (i) if this Agreement has been in effect for 12 or more months, the average amount of monthly billings to User by FDRAS for the preceding twelve (12) months prior to termination times the number of months left in the then-current term times eighty percent (80%). Such Early Termination Fee shall be paid by the User no less than thirty (30) days prior to termination.

4. <u>Revised Schedule C.</u> The parties agree that as of the date of this Second Addendum, Schedule C to the Addendum for Gateway/State Sponsorship dated March 1, 2003, shall be replaced and superseded in its entirety by Schedule C to this Second Addendum.

5. The Parties agree that in the event there is a conflict between the Agreement and this Second Addendum, this Second Addendum controls.

6. All references to the Agreement herein or in any other document or instrument between FDRAS and User shall hereafter be construed to be references to the Agreement, as modified by this Second Addendum.

7. Unless otherwise specifically defined herein, all capitalized terms used in this Second Addendum shall have their respective meanings set forth in the Agreement.

8. Only a written instrument signed by User and FDRAS may amend this Second Addendum.

IN WITNESS WHEREOF, the parties hereto have executed this Second Addendum as of the date and year above written.

First American Payment Systems

By: _Debra A. Bradford_

Printed Name: _Debra A. Bradford_

Title: _President & CFO_

First Data Retail ATM Services, LP

By: _Sharon Lappin_

Printed Name: _Sharon Lappin_

Title: _V.P._

2



## First American Payment Systems
ATM Processing Services

<u>Basic Services – Included in Transaction Pricing*</u>

Standard Transaction:
Routing/Authorization
Includes:

- Basic Monthly Reporting
- Help Desk Services
- Designated Account Executive
- Standard ATOM (Automated Terminal Online Manager) Package
- Next Day Cash Settlement
- Daily Surcharge Settlement to ISO and/or Cash Account
- Daily Data File via FTP
- Initial ISO Implementation
- ISO Training via Teleconference

Other Services:
Expanded Services are available and quoted as requested or utilized.

<u>Transaction Levels and Price per Month - Basic Services Schedule</u>

| Level | Transaction Volume | Fee (Cents) | |
|-------|-------------------|-------------|------|
| A. | 0-100,000 | 5.75 | |
| B. | 100,001-200,000 | 5.25 | |
| C. | 200,001-500,000 | | 4.75 |
| D. | 500,001-1,000,000 | 4.25 | |
| E. | 1,000,001 PLUS | 3.75 | |

****Above pricing does include per transaction sponsorship fee, but excludes network registration fees, merchant application fees, pass through fees, and other applicable network fees.

| | |
|---|---|
| Minimum Monthly Billing per Terminal | $10.00 (Waived) |
| Each Regulation E Adjustment | $6.50 |

3



# First American Payment Systems
## Optional Expanded Services

<u>Expanded Services are optional services provided at an additional fee. Customers are not re-
quired to pre-authorize Expanded Services. Services in this section are billed on an "as-used"
basis as requested.</u>

**Database Changes**
| | | |
|---|---|---|
| On-line Terminal Database Change Orders | $ | 1.00( Waived) |
| Manual Terminal Database Change via Fax | $ | 3.00 |
| Database Delete Orders | $ | 50.00(Waived) |
| (for terminals active less than 18 months) | | |

**Customer Requested Settlement Adjustment**   $   15.00   /   Adjustment (Waived)

**Special Telecom Services**
| | |
|---|---|
| CDMA Terminal Access | TBD |

**Surcharge and Interchange Distribution (Third Party)**
| | | |
|---|---|---|
| Distribution Account Setup (One Time) | $ | 15.00 (Waived) |
| Settlement Item per Credit | $ | 1.00(Waived) |
| Settlement Item per Debit | $ | 1.00(Waived) |

**Custom ACH Services**
| | | |
|---|---|---|
| ACH Fee Billing Account Setup (One Time) | $ | 15.00 (Waived) |
| ACH Fee Billing Debit | $ | 1.00 (Waived0 |
| ACH Fee Billing Credit | $ | 1.00 (Waived) |

**Data Services**
| | | |
|---|---|---|
| Regeneration of Daily Activity File | $ | 100.00  /  Instance |
| Custom Code Development (e.g. Reports, Website, et. el) | $ | 125.00  /  Hour |
| Expedite Request | $ | 25.00  /  Instance |
| Ad Hoc Reporting Services | | |
|     Report Request (<3 Month Archival Data) | $ | 0.10  /  Page (1.00 Minimum) |
|     Report Request (>3 Month Archival Data) | $ | 0.10  /  Page (50.00 Minimum) |
| Delivery Per Page | | |
|     Email | NC | |
|     Fax | $ | 1.00  /  Page |
|     USPS First Class Mail | $ | 1.00  /  Page |

**Merchant Statement Generation and Delivery**
| | | |
|---|---|---|
| Mail | $ | 1.00  /  Page |
| E-Mail | $ | 0.50  /  Page |

4

# ONLINE SERVICES

# First American Payment Systems



automated terminal online manager

---

**Standard Service Includes:**    **No Charge**

- Disputes Manager (Includes all Disputes reporting)
- News and Messages
- Online Forms
- Standard Web Reporting
  - Encryption Key List
  - Inactive Terminal
  - ISO Global Summary
  - Terminal Address Listing
  - Terminals Listing

---

**Premium Service Includes:**    **See Licensing Fees\* Below:**

- All Standard Services
- Terminal Manager
- Enhanced Web Reporting
  - ACH Detail by Account
  - Low Cash
  - Reject Analysis
  - Settlement Detail
  - Settlement
  - Terminals Setup and Change Log
  - Terminal Status
  - Transaction Detail
  - Transaction Summary by Date
  - Transaction Summary by Date EOM
- Real-time Terminal
- Transaction Grapher
- Cash Load

**\*Licensing Fees**

Access to ATOM Premium Service requires terminal and login licensing FLAT $100/MONTH

5

## SCHEDULE C
## FEES

1.  All applicable network transaction fees including but not limited to: Terminal fees, fines and assessments, POS fees, adjustment fees and interchange fees/payments per the interchange table will be passed through as incurred by FDRAS.

2.  Sponsorship Transaction fees.

    A.  Approved and Declined State Sponsorship and Gateway Transaction fees are included in the processing fee.

    (Computed on a monthly basis. All Sponsored Transactions processed shall be accompanied by electronic data information, prepared and certified by ISO-Processor setting forth the number of applicable Sponsored Transactions)

    B.  An EBT Transaction fee is included in the processing fee.

3.  A monthly access fee of $100 per month is waived.

4.  A fee of $125 per hour for professional services and research, if required.

5.  A Merchant Application fee of $50.00 per application if Bank performs the application review and approval.

6